# Document Removed

# Attached In Error