UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| IN RE: BAYCOL PRODUCTS LIABILITY LITIGATION | MDL 1431 |
| ************************************ | ************************************ |
| This document relates to:<br>JOSEPH LANDRIEU,<br>Plaintiff<br>versus<br>BAYER CORPORATION,<br>Defendant | 02cv160MJD<br>CIVIL ACTION NO. ~~01-160 MJD~~<br><br>EDLA No. 01-3312<br>SECTION N<br>MAGISTRATE 1<br>DEMAND FOR JURY TRIAL |

**ORDER**

**IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that plaintiff's Motion for Leave of Court is **GRANTED**, and the First Amended Complaint is ordered accepted and filed into the record of the above-captioned matter.

**SO ORDERED IN MINNEAPOLIS, MINNESOTA,** on this 16th day of Oct., 2002.

Michael J. Davis
**UNITED STATES DISTRICT COURT JUDGE**

FILED
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK