# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | ) | |
|---|---|---|
| In re: BAYCOL PRODUCTS LITIGATION | ) | MDL No. 1431 (MJD/JGL) |
| | ) | |
| This Document Relates To: | ) | |
| | ) | |
| Joseph Landrieu | ) | |
| 01-MD-01431-MJD | ) | |

## MOTION IN SUPPORT OF DISSOLUTION OF MDL NO. 1431 AND SUGGESTION OF REMAND TO THE JUDICIAL PANEL ON MULTI-DISTRICT LITIGATION SPECIFICALLY AS TO PLAINTIFF JOSEPH LANDRIEU

NOW INTO COURT comes Joseph Landrieu, by and through the undersigned Counsel, respectfully requests this Court Dissolve the MDL and Remand these cases to their individual transferor courts for trial, specifically the case of Joseph Landrieu bearing action number 01-MD-01431-MJD. Mr. Joseph Landrieu has a severely limited life expectancy and is currently receiving chemotherapy for cancer.

For the reasons set forth in the attached Memorandum in Support of Dissolution of MDL No. 1431 and Suggestion of Remand to the Judicial Panel on Multidistrict

353078-1

Litigation Specifically as to Plaintiff Joseph Landrieu the undersigned counsel asks that the Motion be Granted and that this case be remanded to the District Court for trial purposes.

Dated: November 2, 2006

      /s/ Daniel E. Becnel, Jr.
LAW OFFICES OF DANIEL E. BECNEL, JR.
Daniel E. Becnel
106 West Seventh St., P.O. Drawer H
Reserve, LA 70084
Telephone: (985) 536-1186