**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

| | | |
|---|---|---|
| In re: BAYCOL PRODUCTS LITIGATION | ) | MDL No. 1431 (MJD/JGL) |
| This Document Relates To: | ) | |
| Joseph Landrieu<br>01-MD-01431-MJD | ) | |

**PLAINTIFF'S NOTICE OF MOTION AND MEMORANDUM IN SUPPORT OF DISSOLUTION OF MDL NO. 1431 AND SUGGESTION OF REMAND TO THE JUDICIAL PANEL ON MULTI-DISTRICT LITIGATION SPECIFICALLY AS TO PLAINTIFF JOSEPH LANDRIEU**

Plaintiff, by and through the Plaintiff Steering Committee, respectfully move this Court for an Order Granting Plaintiff's Motion In Support Of Dissolution Of Mdl No. 1431 And Suggestion Of Remand To The Judicial Panel On Multi-District Litigation Specifically As To Plaintiff Joseph Landrieu.

This motion is made upon all of the files, records, and proceedings included with the filing of this Notice.

Dated: November 2, 2006

/s/ Matthew B. Moreland
Matthew B. Moreland

LAW OFFICES OF DANIEL E. BECNEL, JR.
Matthew B. Moreland
Daniel E. Becnel
106 West Seventh St., P.O. Drawer H
Reserve, LA 70084
Telephone: (985) 536-1186