**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

| | | |
|---|---|---|
| In re: BAYCOL PRODUCTS LITIGATION | ) | MDL No. 1431 (MJD/JGL) |
| This Document Relates To: | ) | |
| Joseph Landrieu<br>01-MD-01431-MJD | ) | |

**MOTION FOR EXPEDITED HEARING ON MOTION AND MEMORANDUM IN SUPPORT OF DISSOLUTION OF MDL NO. 1431 AND SUGGESTION OF REMAND TO THE JUDICIAL PANEL ON MULTI-DISTRICT LITIGATION SPECIFICALLY AS TO PLAINTIFF JOSEPH LANDRIEU**

**NOW INTO COURT,** through undersigned counsel, comes Plaintiff who respectfully requests that this Honorable Court to grant the instant Motion and Incorporated Memorandum in Support of Dissolution Of MDL No. 1431 and Suggestion Of Remand To The Judicial Panel On Multi-District Litigation Specifically As To Plaintiff Joseph Landrieu. A status Conference is set in the above captioned matter on November 8, 2006 at 2:00 p.m. before Judge Davis. This matter was previously filed but never set for argument. Due to the urgency of the motion and the limited life expectancy of the Plaintiff this matter should be brought before the court ofr hearing on the matter.

In light of the foregoing, Plaintiff, Joseph Landrieu prays that this Honorable Court will grant the instant motion and order that an the hearing on the Motion and Incorporated Memorandum in Support of Motion And Memorandum In Support Of Dissolution Of Mdl No. 1431 And Suggestion Of Remand To The Judicial Panel On Multi-District Litigation Specifically As To Plaintiff Joseph Landrieu be heard on this date.

RESPECTFULLY SUBMITTED,

___________________________________

Law Offices of Daniel E. Becnel, Jr.
DANIEL E. BECNEL, JR. (LA 2926)
MATTHEW B. MORELAND (LA 24567)
106 W. 7th St., P.O. Drawer H
Reserve, LA 70084
(985) 536-1186
(985) 536-6445 (facsimile)

**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

| | | |
|---|---|---|
| In re: BAYCOL PRODUCTS LITIGATION | ) | MDL No. 1431 (MJD/JGL) |
| This Document Relates To: | ) | |
| Joseph Landrieu<br>01-MD-01431-MJD | ) | |

**ORDER**

IT IS HEREBY, ADJUDGED AND DECREED that the Motion for Expedited Hearing on the Motion and Incorporated Memorandum in Support of Dissolution Of MDL No. 1431 and Suggestion Of Remand To The Judicial Panel On Multi-District Litigation Specifically As To Plaintiff Joseph Landrieu shall be Granted.

Signed this ______ day of ________________, 2006.

______________________________
JUDGE