**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

| | | |
|---|---|---|
| In re: BAYCOL PRODUCTS LITIGATION | ) | MDL No. 1431 (MJD/JGL) |
| This Document Relates To: | ) | |
| Joseph Landrieu<br>01-MD-01431-MJD | ) | |

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on this 2nd day of November, 2006, he served a copy of:

1. MOTION IN SUPPORT OF DISSOLUTION OF MDL NO. 1431 AND SUGGESTION OF REMAND TO THE JUDICIAL PANEL ON MULTI-DISTRICT LITIGATION SPECIFICALLY AS TO PLAINTIFF JOSEPH LANDRIEU

on all attorneys of record by electronically sending a true and correct copy thereof to baycolmdl@mnd.uscourts.gov, pursuant to Pretrial Order No. 143. ECF will send an e-notice of the electronic filing to the following:

- **Richard J Arsenault** rarsenault@nbalawfirm.com
- **Catherine Valerio Barrad** cbarrad@sidley.com
- **Philip S Beck** bill.balachowski@bartlit-beck.com
- **Deanna D Dailey** nmiller@larsonking.com
- **Richard K Dandrea** baycol@escm.com
- **Ronald S Goldser** rsg@zimmreed.com kym@zimmreed.com
- **Adam L Hoeflich** rob.aguirre@bartlit-beck.com
- **Robert R Hopper** rrh@zimmreed.com
- **Richard A Lockridge** lockrra@locklaw.com emmonrm@locklaw.com

- **Fred T Magaziner** cheryl.inwek@dechert.com amy.mcnally@dechert.com
- **Douglas R Marvin** astern@wc.com
- **James W Mizgala** dbarlett@sidley.com
- **Shawn M Raiter** sraiter@larsonking.com lburks@larsonking.com;lselman@larsonking.com
- **Robert K Shelquist** rshelquist@locklaw.com bgilles@locklaw.com
- **Peter W Sipkins** sipkins.peter@dorsey.com roadfeldt.christi@dorsey.com
- **Scott A Smith** SSmith@halleland.com CWochnick@halleland.com
- **Susan A Weber** saweber@sidley.com
- **Elizabeth S Wright** wright.elizabeth@dorsey.com kelly.laurie@dorsey.com;garcia.sara@dorsey.com
- **Paul J Zidlicky** pzidlicky@sidley.com
- **Charles S Zimmerman** tmo@zimmreed.com

/s/ Matthew B. Moreland
Matthew B. Moreland

Subscribed and sworn to before me
this 2nd day of November, 2006.

/s/ Darryl Becnel
Notary Public