UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

In re: Baycol Products Litigation MDL No. 1431

This Document Relates to:

Joseph Landrieu v. Bayer Corp. et al. Civil No. 02-160

---

Plaintiff's Motion for an Expedited Hearing [Doc. No. 22] is DENIED.

Date: November 6, 2006

s / Michael J. Davis
Michael J. Davis
United States District Court