**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

| | | |
|---|---|---|
| In re BAYCOL PRODUCTS LITIGATION | : | MDL No. 1431 (MJD/SRN) |
| This Document Relates to: | : | |
| *Joseph Landrieu v. Bayer Corp.* | : | Case No. 02-0160 |

**BAYER'S MOTION TO DENY CLASS CERTIFICATION AND FOR SUMMARY JUDGMENT AGAINST PLAINTIFF**

PLEASE TAKE NOTICE that Defendant Bayer Corporation, by and through counsel, hereby moves the Honorable Judge Michael J. Davis, United States District Court, U.S. Courthouse, Suite 14E, 300 South Fourth Street, Minneapolis, Minnesota, under Federal Rules of Civil Procedure 23 and 56, to deny class certification and dismiss with prejudice the claims of plaintiff Joseph Landrieu. The reasons supporting this Motion are more fully outlined in the accompanying Memorandum.

WHEREFORE, Defendant respectfully requests that this Court grant this Motion to Deny Class Certification and to enter Summary Judgment in favor of Bayer and against plaintiff.

Dated: January 18, 2008

Respectfully submitted,

Philip S. Beck
Adam Hoeflich
BARTLIT BECK HERMAN PALENCHAR & SCOTT LLP
54 West Hubbard Street, Suite 300
Chicago, IL 60610
(312) 494-4400

/signature on file/

Susan A. Weber
James W. Mizgala
Elizabeth C. Curtin
SIDLEY AUSTIN LLP
One South Dearborn Street
Chicago, IL 60603
(312) 853-7000

Paul J. Zidlicky
SIDLEY AUSTIN LLP
1501 K Street, N.W.
Washington, D.C. 20005
(202) 736-8000

Peter W. Sipkins (No. 101540)
DORSEY & WHITNEY LLP
50 South Sixth Street, Suite 1500
Minneapolis, MN 55402
(612) 340-2600

Richard K. Dandrea
ECKERT SEAMENS CHERIN & MELLOTT, LLC
USX Tower, 600 Grant St., 44th Floor
Pittsburgh, PA. 15219
(412) 566-6000

Douglas R. Marvin
WILLIAMS & CONNOLLY
725 Twelfth Street, N.W.
Washington, DC 20005
(202) 434-5000

John F. Olinde
Charles P. Blanchard
CHAFFE McCALL LLP
1100 Poydras Street, Suite 2300
New Orleans, LA 70163
(504) 585-7000

*Counsel for Defendant Bayer Corporation*

CERTIFICATE OF SERVICE

I, David L. Barlett, certify that true and correct copies of the foregoing Defendants' Motion for Summary Judgment, supporting memorandum, proposed order, Local Rule 7.1 certificate, and exhibits were electronically filed and served on January 18, 2008.

[signature]
___________________________