# Exhibit A

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE BAYCOL PRODUCTS LITIGATION *
*
*
JOSEPH LANDRIEU *
* MDL No. 1431
*
VERSUS *
* CASE NO. 02-CV-0160
*
BAYER CORPORATION, ET AL*
*

COPY

Deposition of DAVID MYERS, M.D., 701 Metairie Road, Suite 2A-202, Metairie, Louisiana 70005, taken in the offices of David Meyers, M.D., commencing at 4:00 P.M. on Wednesday, the 1st day of August, 2007.

APPEARANCES:

LAW OFFICES OF DANIEL E. BECNEL, JR.
(By: Kevin Klibert, Esquire)
106 W. 7th Street
PO Drawer H
Reserve, Louisiana 70084
(Attorneys for the Plaintiff, Joseph Landrieu)

DAVID MYERS, M.D.,

after having been first duly sworn by the above-mentioned Court Reporter, did testify as follows:

EXAMINATION BY MR. OLINDE:

Q Dr. Meyers, I've introduced myself to you earlier, but I'll do it again for the record. My name is John Olinde. Just before we get started here, just a little housekeeping. First of all, with respect to this deposition, do you want to read and sign it or do you want to waive that right?

A I'll read and sign it.

MR. OLINDE:

We have a couple of exhibits we're going to attach here. Attached as Dr. Meyers Exhibit No. 1 is going to be the Notice of Deposition, which is here for your office on Metairie Road. And the second one is we'll do a Dr. Meyers No. 2, the subpoena for you to appear today and also to bring your file with you.

BY MR. OLINDE:

Q And just so that we know, you've

A Yes.

Q Okay. And it's in the middle, the Bates number. That's why it's a little difficult to find. DM00017jgl.

A Yes, sir.

Q And with respect to Mr. Landrieu on this visit of October 29, 1997, and I take it, Doctor, if you're going to be caring for Mr. Landrieu, when you get to your treatment, you would probably review some of these records just so that you have a history of what it is?

A Yes. Correct.

Q And this one, it says, doesn't it, that he had bypass surgery in the past?

A Yes. He said in the history in the beginning of the record, "The patient had coronary bypass surgery about four to five years ago."

Q And even as of October of '97, he had a history of hypertension and hyperlipidemia?

A Yes, according to the records.

Q Hyperlipidemia meaning high cholesterol?

A Elevated cholesterol.

Q And the next sentence he has "cervical spondylosis." What is that?

A It's generally a spurring or arthritic degenerative condition of the spine and the neck, which is very common in people who are over 65 years old.

Q And it also says, "as well as lumbar disk syndrome."

A Correct. Which would be similar except in the low back.

Q And he had previous back surgery as well?

A Correct, according to the record.

Q And if you look at the next -- in physical exam, he's got some sort of basal cell carcinoma on his eyelid?

A It looks like it from Dr. Ruli's assessment at that time, yes.

Q And decreased hearing of his left ear?

A Yes.

Q And his impression, it looks like he's -- what does it say for the impression for this particular -- involving

cholesterol, where do you try to shoot for?

A The total cholesterol, the number today is not really very much.

Q As it is?

A Yes.

Q Now, the next visit that I have for Dr. Ruli was January 14, 1998, and it's DM00016jgl.

A Yes, sir.

Q It looks like a short one.

A Yes.

Q But it appears at this time that Mr. Landrieu is taking Zocor?

A Correct.

Q Zocor being a statin?

A Correct. And I think from the record we looked at previously, he was on it in 1997 as well, too.

Q Do you agree, at least from what you've seen so far, that Mr. Landrieu is a candidate for a statin medicine?

A Absolutely.

Q Doctor, in your own practice, did you prescribe statin medicines?

A Yes.

A I do not know, no.
Q Then the next visit appears to be your visit with Mr. Landrieu. It's November 30, 2000.
A Yes, sir.
Q Now, go through this with me, if you will. This is your first time you had seen him as a patient?
A Correct.
Q So you have him. He's a 70-year-old white male. Is that what that means?
A Correct, yes.
Q Then he's got the diagnosis. These are his existing problems?
A Correct.
Q And what are they?
A Hypertension, hyperlipidemia, coronary artery disease, chronic back pain, status post CABG, bypass surgery in 1990.
Q And then the medications he's on, you've written those down?
A Correct.
Q What are those?
A Procardia XL 60 milligrams daily,

Lopressor 50 milligrams daily, a multivitamin daily, and ibuprofen four tablets as needed.

Q Now what is his complaint?

A Just weakness in general.

Q What does it say, "recovering"?

A Yes. It says, "recovering from." And I don't have a specific documentation of that.

Q And then what does "A/P" mean?

A Assessment and plan.

Q And so tell me what your assessment and plan is.

A First, his hypertension. His blood pressure on that visit was on the low side, 104/64. And it says, "may be secondary." It looks like an upper respiratory infection. I have written there, URI; and that may be what he was recovering from. And I've marked to try to change his Diovan 80 milligrams daily. Again, this is from memory, which has now been a long time.

But Mr. Landrieu seemed to have times at which he would, you know, want to change medicines just based upon how he was doing currently. He had been on some

medications previously, had had times that he had success. He did have complaints of often sexual dysfunction with some of the hypertensives, which is very common. So he may have had some discussion about adjusting those medicines in an effort to try to alleviate those issues.

Q Okay.

A The next problem is coronary artery disease. He continues on Lopressor and aspirin.

The next problem, elevated cholesterol, just try Baycol 0.4 milligrams and then back pain using ibuprofen as needed and then returning to the office or clinic in three to four months.

Q What you had done is you had also -- did you, before this, look at his last lab slips to see how he was doing?

A I would imagine that we did. In his previous visits, he had uncontrolled cholesterol.

Q You have one from August 3, 2000?

A Correct, August 3, 2000, which would have been about three months before

that visit. So obviously, that would be the numbers we are looking back to.

Q With respect to the prescription of Baycol .4 milligrams, with that prescription, you obviously felt at this time that he was in need of some cholesterol medicine in order to reduce his risk of heart attack or stroke?

A Correct, yes.

Q And prior to prescribing Baycol, you would have read the PDR, the package insert, as to the risk involved; correct?

A Correct.

Q And in the package insert at that time, there was language in the package insert about if indeed there is any sort of unexplained muscle weakness or muscle pain by the patient that the patient should come in and report that to you?

A Correct.

Q So is that the information that you would have sat down and explained to Mr. Landrieu as of this visit, which was November 30, 2000?

A I would imagine so. I can't say from the record that we had a specific

discussion of those symptoms in particular. But in general, as we start new medicines on patients, we typically talk about potential and expected side effects and things.

Q Now, the next visit I have with you and Mr. Landrieu is March 13, 2001.

A Correct.

Q Now, at this time, what is his complaint?

A The back pain.

Q And this is the same back pain that he's had, at least we've already looked at it existing since the early 1990s?

A Correct.

Q Did you do any sort of physical examination at this time?

A Yes. I documented here of a heart and lung and extremity and belly exam. All of which was basically unremarkable or no changes from his previous visits.

Q And with respect to the statin medicine that he was on --

A Yes.

Q -- it appears, Doctor, that you had ordered a lab test at that time?

A Correct.
Q Because one of the things, isn't it, that you look at would be, we need to kind of get an idea of what his liver function would be?
A Correct.
Q And I have this particular record, which is DM00018jgl.
A Yes.
Q What was his liver function panel at that time?
A It was entirely normal.
Q Now look at the cholesterol levels at that time.
A Yes.
Q What is his LDL?
A It's 112.
Q So he's at least from the previous --
A It's marked improvement.
Q So the Baycol medicine, assuming he's taking it, is working for him?
A Correct.
Q Now, in this visit of March 13, 2001, you also gave him a prescription of

Celebrex?

A Correct. To try different meds to help him with his back.

Q Now, let me ask you some questions about this visit, which is the first one after he apparently started to take Baycol.

A Yes.

Q There is no indication, is there, Doctor, of any rhabdomyolysis?

A No, sir.

Q He didn't report any depression to you?

A No, sir.

Q He didn't report any dark urine?

A No, sir.

Q He didn't report or you didn't find that his left leg turned brown from the knee down?

A No, sir.

Q He didn't report any myalgia to you at this time, did he?

A No.

Q Or myopathy?

A No.

Q In fact, on your physical

examination it's probably something you would have noticed if indeed there was truly myopathy?

A Certainly.

Q And cramps, no indication of any sort of cramps?

A No.

Q And so with respect to this visit, there's no indication that Mr. Landrieu was having any sort of symptoms that you would relate to taking Baycol?

A No, sir. In fact at this visit from what the record seems to indicate, it looked like we were doing pretty good for a change with respect to his cholesterol and other issues.

Q From your practice, Doctor, if indeed you have a statin medicine that you're giving and a person does have bad muscle pain, has it been your practice just to take them off of it for a period of time?

A Correct.

Q If a patient tells you that -- like Mr. Landrieu had come to you and said, I've got some muscle pain, you may say, Look,

detailed in the record. And we had him scheduled to follow up with us in eight weeks.

Q The medicines that he's taking now at this time, which -- in May 22, 2001.

A Yes.

Q The only two medicines which appear to be different are the IMDUR and the Plavix?

A Correct.

Q And at this time May 22, 2001, you again did a physical examination?

A Yes.

Q What did you find on the physical?

A Nothing of any note.

Q Did you ever look at the records of the heart attack that --

A I can't say that I remember looking at the records. Because they're not in what I have, I would imagine that I never saw them. Typically, my staff will make copy records for any requests, copy the entire chart, even pieces of other documentation from other physicians.

Q We have those records from the Gulfport Memorial Hospital, and it indicates

that he had -- it states here -- this is MHG00010jgl -- that he had significant three vessel coronary artery disease. What does that mean?

A That means he has a lot of blockages. And that is certainly quite serious.

Q Now, as of this visit, which apparently is your last one with Mr. Landrieu.

A Correct.

Q As of this visit, did Mr. Landrieu ever indicate to you that he had any weakness in his legs?

A No, not according to my records.

Q Any depression?

A No.

Q Dark urine?

A No.

Q Any indication of rhabdomyolysis?

A No, sir.

Q Left leg turned brown from the knee down?

A No.

Q Myalgia?

A No.

Q Myopathy?

A No.

Q Cramps?

A No.

Q So is it fair to say, Doctor, at least from the records that you have --

A Yes.

Q -- and the treatment of Mr. Landrieu, that there is nothing to indicate that Baycol caused any sort of problems for Mr. Landrieu?

A I would concur with that.

Q In fact, from what you've seen in the lab records, Baycol actually helped Mr. Landrieu to reduce his LDL?

A Yes, it did.

Q Doctor, can you state here as a physician in internal medicine treating Mr. Landrieu that it's more likely than not that Baycol did not cause any sort of problems for Mr. Landrieu?

A I see nothing in the record that would indicate that Baycol caused any problems for him.

Q Doctor, I think that's -- let me just stop there for a second. After the visit in May of 2001, you did not ever see Mr. Landrieu as a patient again?

A Correct.

Q But there was no sort of problem that you had with the Landrieus as to why they stopped treatment?

A No. I think we got a letter from them saying that they wanted to change to a doctor Uptown because of their desire to be at Baptist where I was not on staff. And, you know, certainly, it's not unusual that people move to different hospitals and want to change in respect to that.

Q In fact, there was a letter, I think, in the records, it was DM00038jgl where Phyllis Landrieu writes --

A She was also a patient of mine, too.

Q She was?

A Yes.

Q She said that she thoroughly enjoyed the relationship?

A Yes, it is. That's correct.

# Exhibit B

21953



UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

In Re: BAYCOL PRODUCTS LITIGATION * MDL No. 1431 (MJD)

This Document Relates To: * CASE NO. 02-cv-0160

JOSEPH LANDRIEU, et al.

VERSUS

BAYER CORP., et al.

* * * * * * * * * *

COPY

Deposition of JOSEPH GEOFFREY LANDRIEU, 2400 St. Charles Avenue, New Orleans, Louisiana 70130, taken in the Law Offices of Chaffe McCall, L.L.P., Suite 2300, Energy Centre, 1100 Poydras Street, New Orleans, Louisiana 70163-2300, commencing at 10:10 o'clock a.m., on Wednesday, the 6th day of December, 2006.

APPEARANCES:

THE LAW OFFICES OF DANIEL E. BECNEL, JR.
Attorneys at Law
(By: Daniel E. Becnel, Jr., Esquire)
106 W. 7th Street
P. O. Drawer H
Reserve, Louisiana 70084
(*Attorneys for the Plaintiffs*)

* * * * *

JOSEPH GEOFFREY LANDRIEU, JR.,

after having been first duly sworn by the above-mentioned Registered Merit Reporter, Certified Realtime Reporter, did testify as follows:

* * * * *

MR. OLINDE:

First of all, the reading and signing, how would you like to do that?

MR. BECNEL:

Excuse me one second.

(Whereupon a discussion is held off the record.)

MR. OLINDE:

Again, from the reading and signing standpoint, what do you want to do with that?

MR. BECNEL:

We're going to sign.

EXAMINATION BY MR. OLINDE:

"Landrieu Number 1" and "Landrieu Number 2," which is the list of medications which you typically take now?

A. (Witness reviews documents.) It's the same thing other than vitamins on this card, so it's the same thing.

Q. And do you take multivitamins now?

A. Sometimes. If they put them in the box, I take them.

Q. All right. Now, the conditions that you have, your physical conditions, you told us that you have Parkinson's; is that correct?

A. Yes, sir.

Q. Do you know when it was that you were diagnosed with Parkinson's?

A. No, I do not. It's been three or four years ago.

Q. Which physician diagnosed you with Parkinson's?

A. Is that Dr. Myers, baby?

MR. BECNEL:

Just answer the best. If you don't remember which one --

THE WITNESS:

I don't know.

the last couple weeks, so he hasn't been back. A physical therapist for body rubs and stuff, not for exercise.

Q. I mean, to your knowledge, is the physical therapist coming there because of the Parkinson's? They're trying to keep the muscles so that they're not stiff?

A. Yeah, that's part of it. Yeah, right.

Q. Now, do you have, to your knowledge, any kidney problems?

A. I did till they took one out.

Q. And when did they take your kidney out?

A. I can't remember. It's been about a year, I guess.

Q. Do you know what hospital that was done?

A. Touro.

Q. Touro.

And why is it that they took your kidney out?

A. They took the kidney out because I was having back pains or I was having pains in my back. And I didn't know what they were about, so

I requested the doctor to put me on the machine and take an MRI, which they did, and they saw my kidney with a tumor on it. Lucky.
Q. Okay.
A. Just lucky.
Q. So they caught the tumor in time?
A. Yep, they sure as hell did.
And after that, they took the tumor out and I went to radiation for thirty, forty times. I guess about thirty-five times. Which wasn't good.
Q. Right.
Have you finished your radiation treatment now?
A. Yes.
Q. Where did you do your radiation treatments?
A. At Touro.
Q. Touro?
When you were taking your radiation treatments, did you also have to take specific medicines in connection with the radiation treatments?
A. I don't think so.
Q. When you took your radiation

treatments, did they make you nauseous?

A. Yes.

Q. Did they also make you weak?

A. Yes. They make you sleepy and weak. They make you go home and sleep 24 hours a day. It was terrible.

Q. Right.

Did you have situations where, after a radiation treatment, you may feel good for a couple of days but then you'd go downhill?

A. Yeah. Yes.

Q. And then you'd come back up after awhile?

A. Yes.

Q. How long did it take you after radiation treatment to start to --

A. Six months.

Q. -- come back? Six months?

A. (Witness nods head affirmatively.) It wasn't good.

Q. Now, do you have any sort of cancer now?

A. Not that I know about.

Q. Was that what the kidney --

A. Operation?

A. Yes.
Q. Now, in looking through the records that we do have, it appears that you also have had for quite a number of years back problems?
A. Yes.
Q. And, also, neck problems?
A. I don't have no trouble with the neck anymore. The back lasted a long time.
Q. Do you recall when it was that your back problems started?
A. Oh, man, that's a long time ago. That's got to be twenty-five, thirty years ago.
Q. And we don't have these records, but my understanding is from looking at some later records that you had had a laminectomy?
A. Yes.
Q. And do you recall when you underwent the laminectomy?
A. And I had a fusion, too.
Q. A fusion.
A. Between 2 and 3 or 3 and 4, the lower spine.
Q. The lumbar spine?
A. Way on the bottom, yeah.
Q. Do you know when it was that you

A. No, I do not.
Q. On Page 5 of "Exhibit Number 4," is that your handwriting?
A. I can't tell, but I don't think so.
Q. Is there anything on Page 5 of "Exhibit Number 4" that's in your handwriting?
A. I'd say "No."
Q. Page 6 is a listing or beginning of a listing of some doctors and your healthcare providers. And it has some handwriting on this. Is Page 6, is any of the handwriting yours?
A. No, it looks like my wife's. It may not be, but it looks like hers.
Q. Now, Mr. Landrieu, have you ever kept a diary or a journal?
A. No.
Q. No.
Now, when you were taking Baycol, did you ever have any problems, physical problems while you were taking Baycol?
A. I can't remember.
Q. So with respect to whether Baycol caused you any sort of physical problems, you cannot recall?
A. I couldn't blame it on Baycol and I

could not blame it on Baycol. I don't know.

Q. During the time that you were on Baycol, did you have any physical problems?

A. I could tell you that when I started taking Baycol, my urine turned real dark; and my leg turned brown, my left leg from the knee down, it turned colors into a dark brown color.

Q. Anything else?

A. No.

Q. Now, you say that you had dark urine. Do you recall what color?

A. Like tea.

Q. And did you ever tell any physician that you had dark urine?

A. Oh, I'm sure I did. And what did they say about it? I don't remember.

Q. Do you remember what physician you told?

A. No, I do not.

Q. Did you ever get treated for this dark urine?

A. No.

Q. How long after you started taking Baycol did you have dark urine?

A. I think it started pretty quick

Sometimes I can't remember what I had for breakfast. It's crazy. Other times I can go back thirty, forty, fifty years and remember things. They just pop into your head. I don't know.

Q. Have you ever been diagnosed with Alzheimer's?

A. No.

Q. Have you ever been tested to determine whether you have Alzheimer's?

A. I don't think so.

Q. Do you have any or have you ever had any problems with confusion?

A. Like what?

Q. I mean, sometimes where you just don't know where you are or don't know what's going on?

A. No.

Q. You've never had that problem?

A. No.

Q. Have you ever been tested for memory loss?

A. No.

Q. Do you have cramps?

A. I used to get a lot of cramps. But

I take potassium and calcium, it makes them go away.

Q. What helps them? Calcium?

A. Potassium and calcium. Calcium gluconate, potassium gluconate.

Q. Right.

I saw on your list here, it has "Potassium - 8 ounces of water."

A. That's what they get try to get me to do every day.

Q. Lucky you, huh?

Do you recall when you first started getting cramps?

A. Oh, cramps, I used to get cramps when I was 20 years old. Because if you overexercise a little bit, you're going to get cramps, I mean, real bad cramps. So your hands used to just freeze up like that (indicating). Until you take the calcium or potassium, it's crazy, it goes away. It's almost instantly. Twenty, thirty seconds.

Q. How long have you been taking the calcium and the potassium?

A. I don't do that much anymore because I haven't been bothered with the cramps lately.

Object to the form.

MR. BECNEL:

Thank you, sir. No further questions.

RE-EXAMINATION BY MR. OLINDE:

Q. Well, I'm going to have to have some follow-up with that.

Mr. Landrieu, you have cancer of the bladder?

A. They're trying to say I don't and they don't want to say I do. They're just to the point where you got to test it every now and then.

Q. Has anyone diagnosed you with cancer of the bladder?

A. No.

Q. Now, your physical situation, my understanding is as long as you take your medicine, you're able to control your tremors; correct?

A. More or less, yes.

Q. And I think you had told me before that your particular physical condition with your tremors and your Parkinson's is under control with your medication?

# Exhibit C

UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

In re: Baycol Products Litigation

File No. MDL 1431 (MJD/SRN)

Minneapolis, Minnesota
December 17, 2007
10:00 a.m.

---

BEFORE THE HONORABLE MICHAEL J. DAVIS
UNITED STATES DISTRICT COURT JUDGE

**(STATUS CONFERENCE)**

APPEARANCES

For the Plaintiffs: CHARLES ZIMMERMAN, ESQ.
RICHARD LOCKRIDGE, ESQ.
RANDY HOPPER, ESQ.
DANIEL BECNEL, ESQ.

For Defendant Bayer: PHILIP BECK, ESQ.
PETER SIPKINS, ESQ.
SUSAN WEBER, ESQ.
JAMES MIZGALA, ESQ.

For Defendant GlaxoSmithKline: FRED MAGAZINER, ESQ.

Court Reporter: LORI A. SIMPSON, RMR-CRR
1005 U.S. Courthouse
300 South Fourth Street
Minneapolis, Minnesota 55415
(612) 664-5104

Proceedings recorded by mechanical stenography; transcript produced by computer.

**P R O C E E D I N G S**

**IN OPEN COURT**

THE COURT: Let's call this matter.

THE CLERK: This is the Baycol status conference, Civil Case No. 01-MD-1431. Counsel, will you please state your appearances for the record.

MR. ZIMMERMAN: Good morning, Your Honor. Charles Zimmerman for the PSC.

THE COURT: Good morning.

MR. LOCKRIDGE: Good morning, Your Honor. Richard Lockridge for the PSC.

THE COURT: Good morning.

MR. HOPPER: Good morning, Your Honor. Randy Hopper for the PSC.

THE COURT: Good morning.

MR. BECNEL: Parts unknown, Daniel Becnel for the PSC.

THE COURT: Good morning, Mr. Becnel.

MR. BECK: Good morning, Your Honor. Phil Beck for Bayer.

THE COURT: Good morning.

MS. WEBER: Good morning, Your Honor. Susan Weber for Bayer.

THE COURT: Good morning, Susan.

MR. SIPKINS: Good morning, Your Honor. Peter

to go back, to get them back.

My view at that point is they should go -- they will go into the mediation program. Hopefully they'll get resolved there. They will be the kind of cases that have been through everything they need to get through and they will be in the mediation program that the Court set up very early in this MDL. They're either going to get resolved there, which we hope they will; and if they aren't, take them back to where they belong and get them resolved there.

So that's our position. We've changed our position considerably. And I think Susan and Phil and others can comment on how that should work in terms of their motion.

Mr. Becnel.

MR. BECNEL: May it please the Court. I have one case we resolved I think last week and we got the check in last week. It wasn't quite a rhabdo, but it was more than.

But the case I'm particularly concerned about, only because I'm getting such pressure, is the one former Mayor Landreiu of New Orleans has brought, uncle of Senator Landrieu and uncle of Lieutenant Governor Landrieu and a number of Landrieu judges.

Mr. Landrieu has been deposed. His wife, who is the president of the school board of Orleans Parish, New Orleans, has been deposed. The doctors have been deposed.

He's getting close to being near death and I'd like that case not to wait anymore. I mean, it's just -- they would like to have it tried, up or down, win or lose, in Louisiana.

You know, I'm just asking the Court to please send that case back because I'm in a terrible predicament trying to explain why we're still here and why we can't after all the discovery is finished. We've taken all the discovery. There's nothing left to do. We don't want any discovery of the Defendants. We just want to try the case.

THE COURT: Good morning.

MS. WEBER: Good morning, Your Honor. Just with respect to the Landrieu case, it was moved back to Phase IV at Mr. Becnel's request. We have just deposed Plaintiffs' expert, which Mr. Mizgala advised me was a deposition that was postponed at Plaintiffs' request.

We will be submitting our case-specific expert report shortly and once we have -- Plaintiffs have had the opportunity to depose our expert, then we will look to expeditiously file any motion that we may have in that case. But it's not ripe for remand and the reason it's not in -- I think it was originally in Phase I is because Mr. Becnel asked to have it moved.

With respect to briefing on other cases, we have summary judgment motions in for all of the plaintiffs in

# Exhibit D

UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

| | | |
|---|---|---|
| In re: Baycol Products Litigation | ) | File No. MDL 1431 (MJD/SRN) |
| | ) | Minneapolis, Minnesota |
| | ) | November 8, 2006 |
| | ) | 2:00 p.m. |

---

BEFORE THE HONORABLE MICHAEL J. DAVIS
UNITED STATES DISTRICT COURT JUDGE
**(STATUS CONFERENCE)**

APPEARANCES

| | |
|---|---|
| For the Plaintiffs: | CHARLES ZIMMERMAN, ESQ.<br>RICHARD LOCKRIDGE, ESQ.<br>ELIZABETH CABRASER, ESQ.<br>RANDY HOPPER, ESQ.<br>DANIEL BECNEL, ESQ..<br>RICHARD ARSENAULT, ESQ.<br>YVONNE FLAHERTY, ESQ.<br>STACY HAUER, ESQ. |
| For Defendant Bayer: | ADAM HOEFLICH, ESQ.<br>PETER SIPKINS, ESQ.<br>SUSAN WEBER, ESQ.<br>JAMES MIZGALA, ESQ. |
| For Defendant GlaxoSmithKline: | FRED MAGAZINER, ESQ. |
| Court Reporter: | LORI A. SIMPSON, RMR-CRR<br>1005 U.S. Courthouse<br>300 South Fourth Street<br>Minneapolis, Minnesota 55415<br>(612) 664-5104 |

Proceedings recorded by mechanical stenography; transcript produced by computer.

**P R O C E E D I N G S**

**IN OPEN COURT**

THE COURT: It's been a long time. Let's call this matter.

THE CLERK: In re: Baycol Products Multidistrict Litigation, status conference, Court File No. MDL 1431. Counsel, will you please state your appearances for the record.

MR. ZIMMERMAN: Hi, Your Honor. I'm Charles Zimmerman for the PSC.

MR. LOCKRIDGE: Good afternoon, Your Honor. Richard Lockridge for the PSC.

MR. ARSENAULT: Good afternoon. Richard Arsenault for the PSC.

MS. CABRASER: Good afternoon, Your Honor. Elizabeth Cabraser for the PSC.

MR. HOPPER: Good afternoon, Your Honor. Randy Hopper for the PSC.

MR. BECNEL: Daniel Becnel for the PSC, Your Honor.

MS. FLAHERTY: Good afternoon, Your Honor. Yvonne Flaherty for the PSC.

MS. HAUER: Stacy Hauer for the PSC.

MR. HOEFLICH: Good afternoon, Your Honor. Adam Hoeflich for Bayer.

THE COURT: Isn't that what happens in most --

MR. BECNEL: That doesn't happen like that. That does not happen like that.

THE COURT: Educate me why that doesn't happen in litigation.

MR. BECNEL: Well, in most of the cases I've had I've never seen that happen. I've been doing this 38 years. I've never seen it happen.

I'm dealing with people that are moving four and five times because they have no money, they have no houses. They have no doctors, they have no medical records and they are just out.

The Landrieu case, Judge Fallon's law partner who was a judge, Moon Landrieu, who was mayor of the city, Secretary of Urban Affairs for Jimmy Carter, who sat on the Court of Appeals for 15 years, whose daughter is a senator and whose brother is the lieutenant governor of our state, we can't even get this man before he dies an opportunity to go to court after six years. That's wrong.

I had a judge yesterday after a 12-year-old case where five of the lawyers died, 20,000 people against Exxon Mobil. Because it's almost equivalent to what they are doing in Exxon Valdez, just litigation, litigation, litigation, almost all of the lawyers quit.

A federal judge came down after three of the

# Exhibit E

**Blanchard, Charles**

**From:** Haney, Susan
**Sent:** Monday, January 07, 2008 1:45 PM
**To:** Blanchard, Charles
**Subject:** FW: George Schaffer - Dismissal Stip

*Susan W. Haney, Esq.*
Chaffe, McCall LLP
2300 Energy Centre
1100 Poydras Street
New Orleans, Louisiana 70163-7000
Telephone: 504-585-7018
Fax: 504-585-7075

---

**From:** Matt Moreland [mailto:mmoreland@becnellaw.com]
**Sent:** Monday, January 07, 2008 11:10 AM
**To:** Haney, Susan
**Subject:** RE: George Schaffer - Dismissal Stip

I spoke with Mr. Becnel and it is our position that we will not stipulate to dismiss class allegations in the Landrieu lawsuit.

Matthew B. Moreland
Becnel Law Firm, LLC
P.O. Drawer H
106 W. 7th Street
Reserve, LA 70084
985-536-1186
Fax 985-536-6445

---

**From:** Haney, Susan [mailto:haney@chaffe.com]
**Sent:** Monday, January 07, 2008 11:02 AM
**To:** Matt Moreland
**Subject:** RE: George Schaffer - Dismissal Stip

Hey there. Have an answer for me?

Thanks.

*Susan W. Haney, Esq.*
Chaffe, McCall LLP
2300 Energy Centre
1100 Poydras Street
New Orleans, Louisiana 70163-7000
Telephone: 504-585-7018
Fax: 504-585-7075

**From:** Matt Moreland [mailto:mmoreland@becnellaw.com]
**Sent:** Thursday, January 03, 2008 3:50 PM
**To:** Haney, Susan
**Subject:** RE: George Schaffer - Dismissal Stip

Can I give you an answer on Monday.

Matthew B. Moreland
Becnel Law Firm, LLC
P.O. Drawer H
106 W. 7th Street
Reserve, LA 70084
985-536-1186
Fax 985-536-6445

**From:** Haney, Susan [mailto:haney@chaffe.com]
**Sent:** Thursday, January 03, 2008 3:19 PM
**To:** Matt Moreland
**Subject:** George Schaffer - Dismissal Stip

Hey. The settlement team asked me to pass this along to you. I know we normally just have you email it back to me but the settlement team prefers to have the original. Do you mind getting it signed and then mailing to me? I will owe you for postage.

Also, I know you and Chuck have been playing phone tag. Our national really wants us to speak to you about the class allegations in the Joseph Landrieu case. Whether or not you would be willing to withdraw the allegations. Do you mind giving me a call about this please (today or tomorrow)?

Okay, here's the stip. Thanks.

<<Schaffer stip.pdf>>

*Susan W. Haney, Esq.*
Chaffe, McCall LLP
2300 Energy Centre
1100 Poydras Street
New Orleans, Louisiana 70163-7000
Telephone: 504-585-7018
Fax: 504-585-7075

**Chaffe McCall L.L.P. IRS Circular 230 Disclosure: To ensure compliance with requirements imposed by the Internal Revenue Service, we inform you that any U.S. federal tax advice contained in this communication (including any attachments) was not intended or written to be used, and cannot be used, by any person for the purpose of (i) avoiding tax-related penalties, or (ii) promoting, marketing or recommending to another person any transaction or matter addressed in this communication.**

**Chaffe McCall L.L.P. CONFIDENTIALITY NOTICE**: This e-mail transmission, including attachments, if any, is intended for use only by the addressee(s) named herein and contains confidential and/or privileged information. Any unauthorized review, use, disclosure or distribution is strictly prohibited. If you are not the intended recipient, please notify the sender immediately by reply e-mail or telephone and delete the original and destroy all electronic and other copies of this message. If you are the intended recipient but do not wish to receive communications through this medium, please so advise the sender immediately.

# Exhibit F

JOSEPH LANDRIEU

Baycol Case Specific Expert Report

Patient: Mr. Joseph Landrieu
Examination Date: May 15, 2004

1. My name is Dr. Raul Reyes.

2. My curriculam vitae, including, all my publications for the past ten years is attached. My charges for this review and report are $100.00.

3. Attached is a list of cases in which I have testified as an expert, either at trial or in deposition, in the past four years.

4. I have reviewed the expert medical reports of Drs. Harland Austin, Charles Boult, Bruce Carlson, Christopher Chenglis, Michael Corbett, John Farquhar, Ted Fiflis, Samuel Mayer, Stephen Raskin, David Richman, Erich Schinagl, Martyn Smith and Thomas Zizic and concur in their findings of the effects of Baycol.

5. I have reviewed the medical records of Joseph Landrieu. My opinion is based on my review of theses records and examination of the patient. I understand that there may be other records for this patient beyond those which I have reviewed.

6. Joseph Landrieu presented as a 76 year old male who took .4 mg dosage of Baycol from August 2000 to July 2001. He presented with a subjective history of dark urine, loss of muscles in legs and muscle cramps in both legs while on Baycol. He maintained his use of Baycol until the recall from the market in August 2001. His medical records from Dr. David Myers indicate he experienced back pain and weakness in November 2000 and back pain again reported in March 2001
It is my opinion that this patient has suffered injuries or damages related to this patient's ingestion of Baycol. These injuries include Myalgia, Progressive Muscle Weakness and Cramps while on Baycol.

7. The grounds for my opinion are as follows:
a. There is a claim of injury as described by the patient.
b. The claim of injury by the patient is reasonably contemporaneous with the patient's ingestion of Baycol.
c. It is more likely than not that the above described injury was the result of Baycol.

8. I understand, pursuant to PTO 114, that I may supplement this report pursuant to ongoing discovery, including my review of additional medical records.

Dr. Raul Reyes
1527 Antonine Street
New Orleans, LA 70115
(504) 895-0087

# CURRICULUM VITAE OF RAUL G. REYES, M.D.

## Education:

### Elementary:

Escuela Republica de Chile
Puerto Cortes, Honduras 1934-1939

### High School:

"Holy Cross College"
New Orleans, Louisiana 1939-1943

### University:

Georgetown University — World War II
Bachelor Of Science — Accelerated program.
Washington, D.C. 1943-1945

### School Of Medicine:

George Washington University
Washington, D.C. 1946-1950

### Internship (Rotating):

Charity Hospital
New Orleans, Louisiana 1950-1951

### Surgical Training (Residency Program):

Emergency Hospital
(George Washington University program)
Washington, D.C. 1951 (six months)

Charity Hospital (LSU program)
New Orleans, Louisiana 1952-1955 (3-1/2 yrs)

Thoracic Surgery Resident
Charity Hospital, Louisiana (LSU program) 1953 (2 Months)
New Orleans, Louisiana 1954 (2 Months)

Chief Thoracic Surgery Resident
Charity Hospital (LSU program)
New Orleans, Louisiana 1955 (3 Months)

**Board Certification:**

| | |
|---|---|
| National Board of Medical Examiners | 1951 |
| American Board Of Surgery | 1958 |

**University Appointments:**

Faculty member of Louisiana State University School Of Medicine from 1953 to 1999. (Clinical Associate Professor of Surgery)

Incorporated to Faculty of Medicine, University of Honduras 1955.

Associate in Trauma and Fracture Services, LSU Department of Surgery at Charity Hospital of New Orleans, Louisiana from 1956 to 1964 ( 300 Orthopedic surgeries per year).

Chief Of Trauma and Fracture Services, LSU Department of Surgery at Charity Hospital of New Orleans, Louisiana from 1964 to 1972 (300 Orthopedic surgeries per year).

Incorporated to Colegio Medico de Honduras, 1970.

**Government (Honduras) Appointments:**

Chief of Thoracic Surgery, San Felipe Hospital (1,500 beds), Tegucigalpa, Honduras from 1955 to 1956

**Memberships in Organizations:**

1. American College of Surgeons
2. American Medical Association
3. Louisiana State Medical Society
4. Orleans Parish Medical Society
5. Colegio Medico de Honduras

**Present Hospital Affiliations:**

St. Charles General Hospital, New Orleans, Louisiana

**Chronology: Expertise - Experience:**

**Overview:** Private practice of surgery in New Orleans since 1956 to present.

**Surgical Experience – Estimate: 1951 to Present:**

Personally - 20,000 plus major surgeries
Supervision of Resident Training – 10,000 plus major surgeries

| | | Level of Experience |
|---|---|---|
| General Surgery | 1956 – Present | Extensive |
| Thoracic Surgery | 1956 – Present | Extensive |
| Vascular Surgery | 1956 – Present | Extensive |
| Traumatic Orthopedic Surgery (open and closed reductions) | 1956 – Present | Extensive |
| Occupational and Industrial Medicine | 1956 – Present | Extensive |
| Endoscopy (Bronchoscopy, Esophagogastroscopy and Colonoscopy) | 1956 – Present | Extensive |
| Angiography | 1956 – Present | Extensive |

Privileges in New Orleans area hospitals during active affiliation have always included above areas of endeavor (i.e., Touro Infirmary, St. Charles General, East Jefferson, South Jefferson, Methodist, New Orleans General, DeLaRonde, Jo Ellen Smith). I have, however, resigned from the staff of all hospitals mentioned except St. Charles General in New Orleans Louisiana.

**Chronology: Practice Endeavors:**

| | |
|---|---|
| Owner / President – Raul G. Reyes, M.D., A Medical Corporation | 1973 – Present |
| Owner / President – Catracho Enterprises | 1975 – Present |
| Owner / President – Physical Therapy Services of New Orleans, Ltd. | 1975 – Present |
| Owner / President – Trauma Clinic, Inc. | 1991 – Present |
| Owner / President – Expert Medical Advice | 1991 – Present |
| Medical Director / Owner – International Maritime Medical Services (IMMS) | 1978 – Present |
| Emergency Room Medicine | 12/2000- Present |
| Advanced Trauma Life Support Course (ATLS) | Completed 2001 |
| Acute Cardiac Life Support Course (ACLS) | Completed 2000 |
| Pediatric Acute Life Support Course (PALS) | Completed 2000 |
| Associate Louisiana Clinic Orthopedic Department | 2/1/98 – 9/15/99 |
| Medical Director in New Orleans of the National Maritime Union | 1978 – 1997 |
| Medical Director of Lallie Kemp Regional Hospital – Independence, La. | 9/1/88 – 3/15/89 |
| Chief Of Orthopedics – Lallie Kemp | 7/1/88 – 3/15/89 |
| Chief Of Surgery – Lallie Kemp | 7/1/88 – 3/15/89 |
| Partner, Browne – McHardy Clinic | 1960 – 1973 (Resigned) |
| Associate, Browne – McHardy Clinic | 1956 – 1960 |
| Medical Director – New Orleans Industrial Clinic | 1956 – 1958 |

**Civic Honors And Endeavors:**

| | |
|---|---|
| Marquis Biography – Who's Who in America | |
| Marquis Biography – Who's Who in The World | |
| Founder, Literacy Center of Honduras | 1991 |
| Candidate for President of the Republic of Honduras (National Party) | 1985 |
| Mardi Gras Carnival King Krewe of Les Marionettes | 1983 |
| Chairman, Republican Hispanic Assembly of New Orleans. | 1983 |
| Chairman, Latin World | 1982 – 1983 |
| President, Committee for Aid to Honduras (Hurricane Fifi) | 1974 |
| President, Committee for Aid to Honduras (Conflict with El Salvador) | 1969 |
| President, Honduran Association of New Orleans, Louisiana | 1958 – 1961 |
| Honorary Consul of Honduras in U.S.A. (New Orleans) | |
| Appointed by President of Honduras Oswald Lopez Arellano | January 8, 1968 |
| Recognized by President of The United States Lyndon Johnson | November 7, 1968 |
| Honorary Citizen of New Orleans Conferred by Mayor Ernest Morial | October 21, 1966 |

Raul G. Reyes M.D.

Peer References:

| | | |
|---|---|---|
| 1) | Nathan Fischman M. D. | 3525 Prytania Street<br>New Orleans, La. 70115 |
| 2) | John Gordon M.D. | 621 Bouny<br>New Orleans, La. 70114 |
| 3) | Stephan Harkness M.D. | 3525 Prytania Street<br>New Orleans, La. 70115 |

Professional Liability Actions: Teche Regional section L

1) Through an oversight liability insurance payment was not made and insurance was cancelled even through we requested reinstatement.
2) See attached.
3) See attached.
4) See attached.
5) See attached.
6) Same as one above.

## Continuing Medical Education

American College Of Surgeons Meeting New Orleans October 2001 - 23Hours

American College Of Surgeons Meeting San Francisco October 2002 - 20+ hours

Raul G. Reyes M.D.
Court Appearance and Deposition List

**Raul G. Reyes MD**
**Court Testimony and Depositions**

**From July 1997 to April 2004**

| Date | Case Name | Court | Division | Docket # | |
|---|---|---|---|---|---|
| 7/10/1997 | Sheila K. Hutchinson VS. Reuben Gonzales | 21st Judicial Dist. Court Tangipahoa | K | 9501450 | Depo |
| 7/11/1997 | Sime Restovic EtAl vs. Deluxe Laundry-Cleaners-Storage, Inc. EtAL | Civil Dist. Parish Of Orleans | C | 96-4619 | Depo |
| 8/8/1997 | James David Vs. Miller Prpperties, Inc. ET Al | 18th Judicial Dist. Court parish of west Baton Rouge | D | 30840 | Depo |
| 10/14/1997 | Odile Johnson, ET Al Vs Kent M. Tregre, Sr. ET AL | 29th Judicial Court Parish of St. Charles | D | 44,388-c | Depo |
| 12/11/1997 | Kenneth W. Russell VS. Ronald A. Reibe And Liberty Mutual Ins. CO. | 19th Judical Court Parish Of East Baton Rouge | F | 430,545 | Depo |
| 2/26/1998 | Sheree Morgan And Nakeisha Henderson Depo. | unknown | | | Depo |
| 4/20/1998 | Ivan Fields | unknown | | | Depo |
| 6/18/1998 | Dawn Roper Vs. Sicily's Pizza Et Al | 40th Judicial District Court St. John the Baptist | C | 34081 | Depo |
| 5/28/1998 | Charles Wainwright Vs. North Oaks Med. Ctr. Et AL (Medical Review Panel) | PCF No.: 95-1560 | | | Depo |
| 7/10/1998 | Olivia Semere Vs. Maison Blanche and Liberty Mutual Group | 15th Judicial Court Lafayette | 2S-D | 973290 | Depo |
| 7/24/1998 | Justin Boudreaux | unknown | | | Depo |
| 7/31/1998 | Walter & Carolyn Dougals on Behalf of their minor daughter, Shameths Douglas Vs. Childrens Hospital, Michele M. Zembo, M.D. and Charles B. Hill, M.D. | Civil Dist. Parish Of Orleans | 15 | 97-13311 | Depo |
| 8/18/1998 | Tyrie Brown & Jimmy Yates Vs. James H. Williams, Sr. & Allstate Ins. Co. | 19th Judical Court Parish Of East Baton Rouge | F | 433,103 | Depo |
| 8/28/1998 | Carey Guidry Vs. Entergy Gulf States | unknown | | | Depo |
| 9/4/1998 | Bogalusa Chemical Release | Circuit Court Hinds Mississippi, 1ST Judicail Court | | | Court |
| 9/9/1998 | Jerome Franklin Vs. American River Transportation, ET AL | United States District Court, La. | | 97-2989 | Depo |
| 11/20/1998 | Doris Franklin, Et AL vs. Theresa Fleming | 40th Judicial District Court St. John the Baptist | A | 38,295 | Depo |



SPFS000012jgl

Raul G. Reyes M.D.
Court Appearance and Deposition List

| | | | | | |
|---|---|---|---|---|---|
| 12/4/1998 | David Hattaway Vs. Jeffrey F. Moody d/b/a/ Moody Oil Co., Inc. | Circuit Court Pearl River County Mississippi | | 98-0044 | Depo |
| 1/22/1999 | Genevieve Velestine Vs. Jane Doucet ET Al | 15th Judicial Court Lafayette | H | 975532 | Depo |
| 1/29/1999 | Yvonne Willimas Vs. State Of La. Et Al | 40th Judicial District Court St. John the Baptist | B | 37707 | Depo |
| 2/26/1999 | Cameron Hessing & Victor P. Mikkelsen Vs. Firemen's fund Ins. CO. Et Al | Civil Dist. Parish Of Orleans | N-8 | 97-6796 | Depo |
| 4/13/1999 | Tiffany Singleton ET AL vs. State Farm Mutual Auot. Ins. | 15th Judicial Court Lafayette | J | 97-0633 | Depo |
| 8/31/1999 | Donovan M. Potier Vs. Atlanta Specialty Ins. CO. Et AL | 15th Judicial Court Lafayette | L | 96-4326 | Depo |
| 9/10/1999 | Samuel Bennett Vs. The United Kingdom Mutual Steamship Assurance, Et Al | Civil Dist. Parish Of Orleans | N | 97-8117 | Depo |
| 10/5/099 | Leroy Ledet Vs. Adrian Crockett, Et Al | 16th Judicial District Court St. Martin | H | 56,145 | Depo |
| 10/7/1999 | Luz A. Martinez Vs. Redlands Christian, Et AL | State Of Florida Department Of labor Division Of Workmens Comp. | | | Depo |
| 10/25/1999 | Earice Abram Vs. Chad Troxclair Et Al | City Court of Hammond - Seventh Ward | Civil | 1-9904-0011 | Depo |
| 11/23/1999 | Delores Lawson & Clinton Young Vs. Inited Agents Insurance Co. of La. Et Al | 21st Judicial Dist. Court Tangipahoa | C | 9803480 | Depo |
| 2/2/2000 | Jerry Thomassie Vs. Terrebonne General Med. Ctr. | unknown | | | Depo |
| 2/23/2000 | John Brown Vs. Diamond E. Trucking, Inc. | unknown | | | Depo |
| 4/10/2000 | Lucia Lopez Vs. Allstate Ins. Co., Et Al | 24th Judicial District Court Jefferson | H | 530-427 | Depo |
| 5/30/2000 | James Wall & Patty Wall | 21st Judicial Dist. Court St. Helena | G | 16328 | Depo |
| 7/14/2000 | Mary S. Billiot Et AL VS. Allstate Ins. Co. Et AL | 32 Judicial District Court Terrebonne | D | 126144 C/W 124765 | Depo |
| 8/11/2000 | Gerald Johnson Et AL Vs. National Interstate Ins. CO. Et Al | 1st Judicial District Court Caddo | | 427,643-B | Depo |
| 9/29/2000 | Daryl Devillier Vs. Debbie J. Smith Et Al | 22nd Judicial District Court St. Tammany | B | 98-13941 | Depo |
| 10/20/2000 | Joseph Wright Adv. Werner Enterprises | Ofc. Of Workers Comp. Dictrct 6S | | 00-00188 | Depo |
| 2/13/2001 | Bogalusa Chemical Release | Circuit Court Hinds Mississippi, 1ST Judicail Court | | | Court |

Raul G. Reyes M.D.
Court Appearance and Deposition List

| | | | | | |
|---|---|---|---|---|---|
| 3/19/2001 | Bogalusa Chemical Release | Circuit Court Hinds Mississippi, 1ST Judicail Court | | | Court |
| 3/21/2001 | Clarence Mouton Depo. | unknown | | | Depo |
| 5/22/2001 | Kevin Gorman, Dominque Hynard And James Poindexter Depo. | unknown | | | Depo |
| 6/13/2001 | Ora Moye | unknown | | | Depo |
| 1/14/2002 | Linda Hession Vs. ABC Supply Co. Et Al | 40th Judicial District Court St. John the Baptist | A | 42144 | Depo |
| 4/8/2002 | Manuel Cousin Vs Lykes Et AL | Federal Court | | | Depo |
| 4/26/2002 | Shelia Jacques Vs. State Of LA., DOTD | 23rd Judical District Court Parish Of Ascension | | 55668 | Depo |
| 8/5/2002 | Parnell Ramagos Vs. Delores Ramagos Et AL | 23rd Judical District Court Parish Of Ascension | C | 27534 | Depo |
| 8/16/2002 | Randolph Howard Vs. Martin Homes | District 5 Office Of Workmens' Compensation | | 02-00409 | Depo |
| 8/26/2002 | Michael Crockett Vs. Brandy S. Lackey, Et EL | 22nd Judicial District Court St. Tammany | B | 98-12249 | Depo |
| 8/12/2002 | Lonnie Neal Vs. Frank E. Neelis and Travelers | City Court of Hammond - Seventh Ward | Civil | 1-0203-0031 | Depo |
| 2/20/2003 | Chanda Teague Vs. Groendyke Transport, Inc. | 40th Judicial District Court St. John the Baptist | C | 44582 | Depo |
| 3/18/2003 | Rosemary Nelson Vs. CAN Insurance Co. | District 5 Office Of Workmens' Compensation | | 02-00409 | Depo |
| 5/6/2003 | Thomas White | unknown | | | Depo |
| 12/2/2003 | Brenda Breitenbach | unknown | | | Depo |
| 1/20/2004 | Shirley Goodley | unknown | | | Depo |
| 2/10/2004 | Felicia Anthpny | unknown | | | Depo |

# Medical History

Patient Name: Landrieu (Last) Joseph (First) Chart Number: ______ Date 5/15/04

Occupation: Retired Incident Date: ______ Hour of Incident: ______ Dexterity

AGE 76 SEX M HEIGHT 6'0" WEIGHT 200 RACE W BLOOD PRESSURE ____ PULSE ____ (RIGHT) LEFT

**Martial Status** S (M) D W Separated

**Social Habits** – Drug Addiction (No) Yes How Long ____ Stopped
Alcoholism (No) Yes How Long ____ Stopped
Smoker (No) Yes How Long ____ How Many Stopped

**What Happened**: .4 mg Baycol 11/2000 to 7/2001

Stopped because of recall

**Treatment Since Incident**: No Yes

– Debilitated. Lower legs become permanent

Heart attack May 13 2001, Stent put in

**Present Complaints**: ~~Arp~~ See Attached

Urine Brown while on Baycol

getting weaker

Cannot go hunting any more

Can't play tennis

**Past History:** (all yes must be described below)

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Previous Neck / Back Problems | (Yes) | No | Diabetes | Yes | (No) | Respiratory | Yes | (No) |
| Previous Injuries | (Yes) | No | Mental Illness | Yes | (No) | Heart | (Yes) | No |
| Previous Surgery | (Yes) | No | Arthritis | (Yes) | No | Hypertension | Yes | (No) |
| Previous Hospitalization | (Yes) | No | Drug Addiction | Yes | (No) | Peptic Ulcer | Yes | (No) |
| | | | Alcoholism | Yes | (No) | Gerd | Yes | (No) |
| Allergies | Yes | (No) | Kidney Problem | (Yes) | No | Liver Problem | Yes | (No) |
| Neurologic (Seizures, Strokes, Etc.) | (Yes) | No | Medications | (Yes) | No | | | |

Comments – Chronology: 5/13/01 Heart Attack Stent

1990 – 2 by passes

Parkinsons Since Baycol

1984 – Laminectomy & Fusion lower 4 & 5

Medications:
Plavix – 75 mg
Zocor 80 mg
Nifedipine 60 mg
Metoprolol 50 mg
Levadopa 100 mg
Selestine 5 mg
Baby Asprin

**Female Patients:** Menstrual Period: Last: ____ Previous: ____ Gestation(s) ____ Deliveries: ____

# Raul G. Reyes M.D. A M. C.
## Medical Evaluation For Patients that have taken Baycol

Patient Name: Lendrey Joseph Date: 5/15/04

Adverse Symptom Patterns:

1) Altered Mental Status — (Yes) No

2) Prior Muscle Dysfunction — Yes (No)

3) Myalgia — (Yes) No

4) Muscle Weakness Progressive — (Yes) No

5) Tenderness, Swelling and Discoloration of the Skin — Yes (No)

6) Compartment Syndrome — Yes (No)

7) Metabolic Abnormalities — Yes (No)

8) Disseminated Intravascular Coagulation (DIC) — Yes (No)

9) Acute Renal Failure — Yes (No)

10) Skeletal: Myopathy (Muscle Cramps) Arthragia (Myalgia)

11) Neurological: (Tremor) (Dizziness) (Memory Loss) (Vertigo) (Anxiety) (Insomnia) (Depression) Psychic Disturbances

12) Hypersensitivity Reactions: Anaphylaxis Angiodema Lupus Erythematosus-Like Syndrome Polymyalgia Rheumatica Dermatomyositis Vasculitis Purpura Thrombocytopenia Leucopenia Hemolytic Anemia Urticaria Asthenia Photosensitivity Fever Chills Flushing Malaise Dyspnea Toxic Epidermal Necrolysis Erythema Multiforme

13) Gastrointestinal: Anorexia Vomiting Pancreatitis Jaundice Hepatic Necrosis

14) Skin: Alopecia Pruritus Dryness of Skin Dermatitis

15) Reproductive: Gynecomastia (Loss of Libido) Erectile Dysfunction

16) Eye: Progression of Cataracts Eye Disturbances Glaucoma? Duration?

17) Metabolic: Liver Kidney

Notes: Developed Parkinsons 1 yr ago & under treatment