# Exhibit G

Steven I. Hightower, M.D.
Department of Radiation Oncology •

TOURO
I N F I R M A R Y

8/10/2006

Alfred J. Colfry, M.D.
4440 Magnolia St
Suite 415
New Orleans, LA 70115

Re: Landrieu, Joseph

NP

Dear Al:

Mr. Landrieu returned today for a routine follow up visit after he underwent adjuvant radiation therapy for his renal cell carcinoma of the left side. As you know, he had tumor infiltrating to the perirenal fat and we treated him for local control in which he received 54 Gy in 30 fractions. He completed it approximately six weeks ago.

Mr. Landrieu has done very well. His main problem has been surrounding his parkinsonism. He reports some occasional back pain which has been chronic in nature, but no flank pain. His activity level again is tempered by his mobility problems, but overall he appeared to be stable.

On exam he remains alert and oriented, in good spirits. He has no back pain on straight leg raising. No flank pain and there is no palpable mass and very minimal skin reaction noted in the left flank area. There is no pain on palpation of the spinous processes, nor in the SI joints. Abdomen is benign.

Overall Mr. Landrieu recovered well from his radiation treatment course and I would anticipate the risk of recurrence to be quite low in the renal bed area. I will have him follow up with me in three months and would recommend an MRI scan of the abdomen and pelvic area around that time as well.

Again, Al, as always I do appreciate the opportunity to participate in the care of your patient and as always, please do not hesitate to contact me at any time.

Sincerely,

Robert G. Swanton, M.D.

CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER

ChartScript Doc #: 546565
TLD #: 000899825

TOURO
INFIRMARY
New Orleans' Premier Multi-Specialty Hospital
1401 Foucher Street
New Orleans, LA. 70115-3593 · 504-897-7011

NAME: **LANDRIEU, JOSEPH**

MRN: **(00000)00130912**

ACCESSION: **SP-06-01155**

## SURGICAL PATHOLOGY REPORT

**MICROSCOPIC DESCRIPTION:**
Sections of the mass show a renal cell carcinoma. The patterns of growth are mainly papillary and tubular, these are comprised of cuboidal to columnar cells with large nuclei bearing fine chromatin and inconspicuous nucleoli. The cytoplasm varies from eosinophilic to clear. Foamy histiocytes are present in the stroma of many of the papillae. There are macrophages containing hemosiderin pigment. There is extensive hemorrhage. There is also extensive necrosis. There is capsular penetration, and tumor is present in the perinephric fat (also see specimen #2).

The hemorrhagic nodule consists of a circumscribed encapsulated partially cystic lesion and is also comprised of papillae and tubules. It is histologically similar to the main tumor but measures 0.7 cm. There is no necrosis. There is hemorrhage.

The cystic focus consists of a simple cyst lined by a layer of low cuboidal cells. It is filled with proteinaceous fluid.

Sections of the parenchyma of the kidney show normal cellular glomeruli. Tubules are normal in appearance. A few sclerotic glomeruli are present. Sections of the pelves and ureters are free of malignancy. Sections of renal vein are also free of malignancy. There is atherosclerosis present in the wall of the renal artery.

2. Sections consist mainly of necrotic cellular debris and hemorrhage. There are clusters of tumor cells present.

**DIAGNOSIS:**
1 and 2. Left kidney, resection
- Papillary renal cell carcinoma, maximum tumor diameter 5 cm. The lesion extends through the capsule, into the adjacent perinephric fat. There is no involvement of renal vein or the pelvis.
- Focal tubulopapillary adenoma.
- Focal renal cyst.

Note: AJCC classification - T3a, NX, MX.

T71020, T01211, M83123, T71000, M80001, M01100, M81400, M33400

**ICD9/CPT CODE:**
189.0/88331/88309/88305

04/10/06 By: **GREEN, LYNN MD / LG**
JLJ (ELECTRONIC SIGNATURE)

AJC000011jgl

CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER

FAXED 4/11/06

Performed at Touro Infirmary

TOURO
INFIRMARY
New Orleans' Premier Multi-Specialty Hospital
1401 Foucher Street
New Orleans, LA. 70115-3593 · 504-897-7011

NAME: LANDRIEU, JOSEPH

MRN: (00000)00130912
PFN: 013331461681.
ACCESSION:SP-06-01155

PHYSICIANS(S):COLFRY, ALFRED J.

COLLECTION DATE: 04/04/06
RECEIVED DATE: 04/04/06
REPORT DATE: 04/10/2006

DOB: [redacted]/1927 SEX: M
PT.TYPE:I
ROOM: T835 LOC: SUR

# SURGICAL PATHOLOGY REPORT

**SPECIMEN DESCRIPTION:**
1. Left kidney
2. Perinephric extension

**ESSENTIAL CLINICAL DATA:**
Left kidney tumor, probably malignant

**FROZEN SECTION DIAGNOSIS:**
1. Renal cell carcinoma/LBG

04/07/06 By: **GREEN, LYNN MD**
ELR Dictating Pathologist

**GROSS DESCRIPTION:**
1. Received unfixed and then placed in formalin after review by frozen section is a kidney. The kidney weighs 234 grams. A large amount of perinephric fat is present. Examination of the outer surfaces of the specimen reveal a largely necrotic, extensively hemorrhagic neoplasm that extends from the lower pole of the cortex of the kidney into the fat. This is apparent at the resection margin grossly. On further inspection, after the specimen is bivalved, the tumor is noted to measure 5 x 3 x 2 cm approximately. The kidney measures 11 x 5 x 6 cm. The tumor appears to originate from the superficial aspect of the cortex, and infiltrates through the capsule into the perinephric fat. It is at the lower pole of the kidney. There is a segment of ureter that measures 6 cm in length and 0.5 cm in diameter. The renal artery is present, and there is atherosclerosis evident in the wall of the artery. The renal vein is also evident. However, there is no involvement of the renal vein by tumor. The pelvis bears a pink white mucosa, there is no lesion noted in the renal pelvis. There are fetal lobulations noted on the surface of the cortex of the kidney. The parenchyma shows a sharp demarcation between the cortex and the medulla. There is a 0.5 cm cyst present in the mid aspect of the kidney on the cortical surface and also, a 0.5 cm hemorrhagic nodule on the cortical surface of the kidney. Multiple representative sections are submitted as

| | |
|---|---|
| A,B,C | Sections of the friable necrotic tumor, to include the capsule and the perinephric fat |
| D | a representative section of the pelvis, as well as a cross section of the distal ureter at its margin |
| E | renal artery and vein |
| F | section of the hemorrhagic nodule |
| G | section of the cortical cyst |

No lymph nodes are found in the perinephric fat.

2. Received in formalin is a fragment of soft yellow tan adipose tissue, admixed with soft hemorrhagic necrotic tissue. The specimen measures 2.5 x 2.5 x 1.5 cm. The majority of the specimen is submitted in one cassette.

04/07/06 BY: **GREEN, LYNN MD**
ELR Dictating Pathologist

AJC000012jgl

CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER

# Progress Note

David A. Myers, M.D.

**Landrieu,Joseph**

**5/22/01**

Dr. David Myers office
3333 Bienville Street, Suite 1A
New Orleans, LA, 70119
822-8161

D.O.B. [redacted]/27

Living Will:

Allergies: NKDA

This patient is 74 year old W♂ with

**Diagnosis:**

1. HTN
2. Hyperlipidemia
3. CAD
4. Chronic back pain
5. S/P CABG '90

Pt ō c/o had recent MI + stent — done in MS.

**Medications:**

1. Procardia XL 60mg qd
2. Lopressor 100mg qd
3. Multivitamin qd
4. Ibuprofen 4 tab. rarely
5. Baycol 0.4mg qd
6. Celebrex 200mg qd
7. Imdur 30mg qd
8. Plavix 75mg qd

(1) CAD — recent stent, will refer to St. Martin — cont Plavix+ASA

(2) ↑CHOL — cont Baycol

(3) HTN — stable —

(4) RTC 8 weeks.

Wt: 196

BP: 110/70

P. 74

CV: RRR

PUL: CTA

EXT: no edema

Confidential, Subject to Protective Order

DM000002jgl

**DISEASES OF THE SKIN**
1477 LOUISIANA AVENUE, SUITE 100
NEW ORLEANS, LOUISIANA 70115
895-2147 895-4339

EMIL D. KORETZKY, M.D. MARTIN D.CLAIBORNE III, M.D.

August 13, 2001

David Myers, MD
3535 Bienville St., #E-255
New Orleans, LA 70119

RE: Joseph Landrieu

Dear Dr. Myers:

The patient was seen for an indurated lesion at the left calf. The lesion was biopsied and he will see us in follow-up.

Sincerely,

Emil D. Koretzky, M.D.

EDK/kk
tape/4090,08-15-01,a.doc

Confidential, Subject to Protective Order

DM000022jgl

# SAINT CHARLES GENERAL HOSPITAL
## SPINE CENTER

George R. Cary, M.D.
James M.Laborde, M.D.
Edmund C. Landry, Jr., M.D.
R.Jay French, Jr., M.D.
Ralph P. Katz, M.D.
William R. Knight, D.O.
John Boutee, M.D.

3600 Prytania Street
Suite 32
New Orleans, Louisiana 70115
(504) 899-5904
(504) 899-5908 (Fax)

**PATIENT NAME:** LANDRIEU, JOSEPH

**MEDICAL RECORD #:** 46272

**HISTORY AND PHYSICAL**

**CHIEF COMPLAINT:** Low back pain.

**HISTORY OF PRESENT ILLNESS:** This patient is a 70-year-old male who presents with low back pain of 5 months' duration. No recent trauma or injury is reported. The patient denies any radiation of pain and there is no reported numbness or tingling in the lower extremities. There is also no history of weakness in the lower extremities or bowel or bladder complaints.

No recent trauma is reported, although the patient's symptoms are brought on by flexing and bending at the waist and lower back area. He has difficulty lifting objects.

The patient is very active and works-out with a trainer doing mostly upper extremity and lower extremity leg lifts. He does no specific back exercises at the present time.

**PAST HISTORY:**
SURGERY: Status post heart surgery. Significant for back surgery performed by Dr. Billings in 1984 for lumbar disc problem at L5-S1.
MEDICAL: History of hypertension and glaucoma.
MEDICATIONS: Procardia, Lopressor and eye drops for glaucoma.

**REVIEW OF SYSTEMS:** Unremarkable.

**FAMILY HISTORY:** Hypertension in mother.

**SOCIAL HISTORY:** Smokes occasional cigars and occasional alcoholic drink.

**PHYSICAL EXAMINATION:**

GENERAL: In general, this is a well-developed, slightly obese male.
HEENT: Unremarkable.
NECK: Full range of motion. Supple, without pain or tenderness.
CHEST: The lungs are clear to auscultation.
HEART: Regular rate and rhythm.
BACK: Examination of the back shows a well-healed midline scar. There is tenderness on the left lumbar region at the level of the L4-L5 vertebral body. Forward flexion of the lumbar spine is limited to about 40 degrees secondary to pain. No muscular spasm is noted.

PAGE 2
LANDRIEU, JOSEPH

Lateral tilting to the left reproduces the symptoms of pain; tilting to the right is not painful. Lateral rotation is relatively good without pain. Straight leg raising exam is negative.

EXTREMITIES: Motor and sensory exam in the lower extremities is intact. No atrophy is noted. Reflexes are 3+ and equal.

**RADIOLOGIC DATA:** X-rays of the lumbosacral spine show a previous posterolateral fusion at the L5-S1 level. There is also narrowing at the L4-L5 and L3-L4 levels, with spurring and sclerosis at the end-plates. Oblique views show osteophytic encroachment on the neural foramen of a mild degree. There is mild involvement of the SI joints.

There is also some evidence of instability with spurring off of the upper lumbar segments.

**IMPRESSION:**
1. STATUS POST L5-S1 LUMBAR FUSION.
2. LUMBAR SPONDYLOSIS AT L3-L4 AND L4-L5 LEVELS.
3. LUMBAR INSTABILITY (MECHANICAL BACK PAIN).
4. MILD SCIATICA LEFT SIDE.

**PLANS/RECOMMENDATIONS FOR TREATMENT:** This patient has relatively recent onset of mechanical low back symptoms radiating into the left buttock as evidenced on physical examination and by patient history. He has had no previous injections into the area and is currently taking only Naprosyn for occasional pain symptoms. He is very active and would like to continue his active lifestyle. He is mildly obese.

He was given an injection today with Celestone and Xylocaine into the left lumbodorsal fascia trigger point. I have also shown him a back exercise and information tape which he can incorporate into his current activities. He was started on Arthrotec, 500 mgs bid.

He was referred to physical therapy for three visits for lumbar strengthening, stretching and a home exercise program. The patient is very active and I think he can incorporate physical therapy into his work-out regimen after a few visits.

He will follow-up in three weeks for recheck. No further imaging or diagnostic studies indicated at this time, although I think he may benefit from future injections and continuing NSAID treatment.

R. JAY FRENCH, M.D.

RJF:mlr
DD: 11/09/98 /16:24
DT: 11/09/98 /22:16
JOB: A7237

Confidential, Subject to Protective Order

# Edward St. Martin, Jr., M.D.

## Established Patient Sheet

Date 11-2-06

Acct. No. 18036

Name Landrieu, Joseph

**Constitutional Exam** WT = 204 BP = 120/74 HR = 72 R I

**Reason For Visit: Evaluation / Periodic**

**Re-evaluation of a Problem** New Existing (circled: Existing)

**Present Medications**

Morning: Carbodopa, Seligeline, Metroprolol – with food, Plavix, Hydrochlorotheazide, Nefidical, Potassium – 8 oz. Water

Noon: Carbodopa

Evening: Carbodopa, Metropolol – with food, Seligeline

Night: Carbodopa, Semistatin

**Chief Complaint or Change In Status**

Location Quality Severity

Duration Timing Context

Mod Assoc. S/SX

**Interval History / Symptoms**

CV Review of Systems:

Chest Pain 0 SOB 0 Syncope 0 Palpitations 0 Edema 0

Additional Review:

Fatigue 0 Nausea 0 Cough 0 Headache 0

Skin red at time

? HCT 2

**Effectiveness of Therapy** Adequate (circled) **Needs Adjustment**

**New Complications or Conditions**

**PFSH**

**General Physical Examination:**

| | | | | | |
|---|---|---|---|---|---|
| Neck | JVD 0 | Carotid Pulse wl | Bruit N | Other | |
| Chest | Auscultation cl | Resp. Effort wl | Eupneic ✓ | Dyspneic | |
| Heart | Rhythm RRR | PMI N | Murmur 0 | Gallop 0 | S1-S2 nl |
| Extremities | Edema -0 | Varicosities 0 | Stasis 0 | Dermal Change | |
| Abdomen | Liver 0 | Palp. AAA 0 | ABD Bruit 0 | Renal Bruit 0 | |

Pulses: Rad R l – L ___ Brach R L ___ Axilla R L ___ Fem R L ___ POP R L ___ DP R L ___ PT R L ___

A/ Skin clear
? BP ↑, try HCT

**Diagnosis** HTN **Status** **Diagnosis** **Status**

**Return** Days ___ Weeks 3 Months ___ Re-eval w/o 3 weeks

ESM000010jgl

CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER

**Discussed Findings, Management, & Recommendations with Patient and/or Family** Yes (circled) No

DATE: 11-28-01

ESTABLISHED PATIENT SHEET (#2)

NAME: Joseph Landrieu ACCT NO: 16668 85 WT= 194# BP= 92/60 72 (R)

REASON FOR VISIT: EVALUATION/PERIODIC

RE-EVALUTION OF A PROBLEM: ☐ NEW ☐ EXISTIN

CHIEF COMPLAINT OR CHANGE IN STATUS

X Joseph Landrieu

"a long time" (we didn't visit in last time)

NAME: JOE LANDRIEU DATE: 11/29/01

LIST ALL MEDICATION YOU ARE PRESENTLY TAKING:

| | |
|---|---|
| PLAVIX 75mg | METROPOLOL 50mg |
| LIPITOR 10mg | BABY ASPIRIN |
| IMDUR 30mg | CELEBREX |
| MFEDICAL 60mg | Levaquin 500 |

FORM NO. 119

NIFEDIPINE

INTERVAL HISTORY/SYMPTOMS:

CHEST PAIN: 0 SOB: 0 SYNCOPE: 0 PALPITATIONS: 0

FATIGUE: 0

| PRELIMINARY DIAGNOSIS | ORDERS DIAGNOSTIC TEST/MEDICINE |
|---|---|
| wife describes | |
| depression, shuffling gait, muscle weakness, weak voice. | |

EFFECTIVENESS OF THERAPY: ☐ ADEQUATE ☑ NEEDS ADJUSTMENT

NEW COMPLICATIONS OR CONDITIONS:

illness & problems very weak but was weak even before those illnesses - wife says was developing since even before the heart attack. She wonders if was due to Inderal, which was given 6 mos before MI

PHYSICAL EXAMINATION:

NECK: clear

CHEST: clear

HEART: RRR no CVH S4 @

EXTREMITIES: np

OTHER:

Gait in hall not shuffling - but no arm movements & face

CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER

CONFIRMED DIAGNOSIS: CAD s/p CABG + MI

Parkinson's disease

D/c imdur ↓ metoprolol .25

↓ nifedipine 30

ESM

RETURN:

DAYS: ESM000022jgl

WEEKS: ✓

MONTHS: 4

DISCUSSED FINDINGS, MANAGEMENT & RECOMMENDATIONS WITH PATIENT AND/OR FAMILY: ☑ YES ☐ NO

FORM NO. 15

DATE: 6/7/01

# NEW PATIENT SHEET

NAME: Joseph Landrien ACCT NO: 1660085 WT= 197 BP= 112/70 P: 76

CHIEF COMPLAINT: Recent MI in Mississippi

NAME: DATE:

LIST ALL MEDICATION YOU ARE PRESENTLY TAKING:

| | |
|---|---|
| Lopressor | 50mg, 1 a day |
| Procardia XL | 60mg 1 a day |
| Bagol | 40 mg 1 a day |
| Indur | 30mg 1 a day |

FORM NO. 119

Plavix x 14 days only
ASA "off + on" makes funny

ONSET OF SYMPTOMS: [illegible] clear 240 → 140

REFERRING DOCTOR: D. MYERS PCP at mercy

PRESENT ILLNESS:

chest pain off + on finally MI 5/10/01. (Gulfport)

Bradley hyman 1990 Jo Ellen - local mills - Had PTCA 3 mo before that - 2 mammary arteries both patent

PAST MEDICAL HISTORY: was all ok 1990 → 2001
HBP. - on Lopressor + Procardia XL since CABG

He has done great since stent cx

PERSONAL HISTORY:

SMOKING:

ALCOHOL:

| FAMILY HISTORY: | FATHER | MOTHER | OTHERS |
|---|---|---|---|
| HEART | | | |
| DIABETES | | | |
| HYPERTENSION | | | |

CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER

ESM000024jgl

Form No. 119

SYSTEM REVIEW:

NECK: no JVD

CHEST: clear

HEART: RSR no m

ABDOMEN: ? AAA

EXTREMITIES: ASA 80 — plavix 75

PRELIMINARY DIAGNOSIS: CAD
r/o AAA — ultrasound AAA —
s/p CABG — stress echo —
recent MI
c Cx stent

RECOMMENDATIONS: DIAGNOSTIC TESTS/MEDICATIONS

| | | |
|---|---|---|
| CBC | EKG | CXR |
| PANEL | ECHOCARDIOGRAM | RENIN |
| URINALYSIS | STRESS TEST | TRIPLE RENAL SCAN |
| STOOL–OB | HOLTER MONITOR | CATHETERIZATION |
| LIPID PROFILE | SA EKG | |
| THYROID PROFILE | EVENT MONITOR | |

RETURN: DAYS WEEKS MONTHS

CONFIDENTIAL-SUBJECT TO PROTECTIVF ORDER

**FRANK S. OSER, III, MD**
NEUROLOGY
2633 NAPOLEON AVENUE • SUITE 514 • NEW ORLEANS, LA 70115
TELEPHONE: (504) 891-1202

Joseph R. Bobrowski, M.D.
2820 Napoleon Avenue
Suite 890
New Orleans, Louisiana 70115

Re: Landrieu, Joseph

Dear Dr. Bobrowski:

I saw your patient, Joseph Landrieu, in my office on December 27, 2001.

HISTORY

This seventy-four year old right-handed man presents with an eight-month history of a tremor in his right hand. This is getting worse over time. In addition, he has noticed some problems with coordination and initiating movement in that hand as well. With the exception of some difficulty climbing stairs, he has no complaints referable to his gait. He has no speech or swallowing difficulty.

He has a history of hypertension and coronary artery disease. He is status post coronary artery bypass, angioplasty with stents, and lumbar laminectomy. There is a remote history of head trauma as a teenager.

His current medications are aspirin, Plavix, Lipitor, Metoprolol, and Nifedipine. He has no known drug allergies, does not smoke, and rarely drinks alcoholic beverages.

The family history is positive for hypertension. His brother may be starting to shake as well.

EXAMINATION

Confidential, Subject to Protective Order

On examination, this is an alert, oriented, attentive man who is in no acute distress. His pulse is 70 with an occasional skipped beat, the blood pressure is 110/70, and he has regular respirations. He has a mild degree of psychomotor slowing with masklike facies, but his speech is fluent and adequately articulated. Although his handwriting is a little tremulous, micrographia, per se, is not evident.

Cranial nerve examination reveals his acuity to be 20/25 with correction, with full fields, conjugate extraocular movements,

equal and reactive pupils, and benign-appearing optic fundi. Hearing is equal in the two ears, and the rest of the cranial nerves are intact. His neck is supple, the pulses are equal, and no bruits are heard.

There is no drift to the upper extremities, and he has good grip strength. There is mild atrophy in the left leg which occurred in the wake of a lumbar radiculitis which was subsequently treated by the aforementioned laminectomy.

On sensory examination, temperature is decreased in the feet, left more than right, and vibratory sensation in the left foot. Other modalities are intact, and he has palpable peripheral pulses.

On cerebellar testing, finger-to-nose and rapid alternating movements are adequately carried out, fine motor movements are decreased bilaterally, more on the right side, and he has cogwheeling in the right upper extremity. He walks with a slightly flexed posture, slightly decreased arm swing, and slightly small steps. Turns are adequately carried out, and he has normal postural reflexes. Romberg's sign is not present. His deep tendon reflexes are normoactive and symmetrical, and his plantar responses are flexor bilaterally.

IMPRESSION

In conclusion, I believe this man probably has early parkinsonism.

I discussed the situation with him in detail and have initiated treatment with Selegiline 5 milligrams twice a day.

I would like to see him again for a follow-up evaluation in approximately four weeks.

In the meantime, it has been a pleasure to see this man in consultation. If I can be of help to you in the future, please let me know.

Sincerely,

FRANK S. OSER, III, M.D.

Confidential, Subject to Protective Order

FSO/skl

Date of Dictation: 12/27/01

FO000005jgl

Date of Transcription: 12/28/01

Joseph Landrieu 11-13-2003

Plavix
Zeta
Nifedipine
Metoprolol
Levadopa
Selegeline 5 BID
ASA [illegible] TID

"Back Trouble"
Mild neck problems
Only Takes Selegeline/Sinemet once a day!!
No new problems.
Planning to take Vacation
over Mardi Gras.

P 92 [illegible]
BP 150/90

Alert - Attentive - Mild to moderate Psychomotor slowing - Mild mask like facies
Oriented - NAD -

[illegible]
CN - II - XII intact [illegible] neck [illegible] Pulses (+) [illegible]
no focal weakness or tremor.
[illegible] - Mild cogwheel (R) > (L) - [illegible]
Shuffle - Stooped posture - [illegible] - Postural reflexes [illegible]

FU 11-1?
Rec - Take meds as directed -
(He gets VA to RL)
- Ret 6 mos

F[illegible]

CONFIDENTIAL
Subject to Protective Order

LabCorp®

| Specimen # | Type | Primary Lab | Report Status | |
|---|---|---|---|---|
| 283-368-8503-0 | S | MB | FINAL | PG 2 |

TIME 0820

Additional Information

DOB: [redacted]/27

CD- 5274151082 FASTING Y

RG 1

Clinical Information: 10/11/01 09:23

43930618901

Physician ID: BOBROWSKIJ BOBROWSKI

Patient ID:

Patient Name: 204-523-1193 LANDRIEU JR, JOSEPH

Sex: M

Age (Yr/Mos): 073/09

Patient Address: 2400 ST CHARLES NEW ORLEANS , LA 70130-

Account: UPIN: 672143

AUDUBON INTERNAL MEDICINE 17156205

85

2820 NAPOLEAN AVE STE 890 85

NEW ORLEANS , LA 70115-

504-897-4250 LAN

| Date Collected | Date Entered | Date Reported | |
|---|---|---|---|
| 10/10/01 | 10/10/01 | 10/11/01 | 2001 |

| TESTS | RESULT | FLAG | UNITS | REFERENCE INTERVAL | LAB |
|---|---|---|---|---|---|
| CK, Total | 77 | | U/L | 38 - 174 | MB |
| CK-MM | 100 | | % | 96 - 100 | MB |
| CK-MB | 0 | | % | 0 - 4 | MB |
| CK-BB | 0 | | % | 0 | MB |
| Comment: | CK-MB not detectable. | | | | MB |
| TSH, High Sensitivity, Serum | 1.74 | | mcIU/mL | 0.35 - 5.50 | MB |
| | **Please Note Reference Interval Change** | | | | |
| Sedimentation Rate-Westergren | 5 | | mm/hr | 0 - 20 | MB |

LAB: MB LABCORP BIRMINGHAM DIRECTOR: JAMES DAVIS III, MD
1801 FIRST AVENUE SOUTH BIRMINGHAM, AL 35233-0000

FOR INQUIRIES, THE PHYSICIAN MAY CONTACT: BRANCH: 504-828-2666 LAB: 205-581-3500
LAST PAGE OF REPORT

10/13/01 PRN id
03 ACCESSED 10-19-01

Confidential, Subject to Protective Order

JB000008jgl

LANDRIEU JR, JOSEPH PATID: REPORT SPEC DATE: 10/10/2001

©2001 Laboratory Corporation of America® Holdings All Rights Reserved

# ADULT - COMPLETE HISTORY FORM

(Page 1 of 3)

**Patient Name:** Condrieu Jr, Joseph **Date of Birth:**

**Referring Physician:** PTCA then.

**State Reasons for Visit:** (1) CAD S/P CABG - 2 vessels. Jo Ellen Smith 1990
pain free → (1) CAD S/P MI - mother's day this year. ~~Gulfport~~ waveland ~~hospital~~ clinic → Gulfport Hosp → did PTCA c̄ stent of circumflex c̄ pain relief. 4 days in Hospital. ESM is cards. Other Bypass vessels were open.
PTCA of another vessel
(2) HTN many years
(2) Chol - on Lipitor
(3) Lumbar DDD + OA

**Drug Allergies / Intolerances:**
(8) Typhus - 14 y/o. Temp 106° → had fever some knee years for yrs ~~that~~.

**Medications:**
(7) AAA "3.5 or 3.7 cm diam. vd c̄ serial U/S"

11/101 Reviewed records. ESM's TSE 7/18/01 c̄ slight resting hypokinesis but good LV EF 62% exercise. PAP 20 trace MR, and mild calcified valve annulus. Had cardiac retro 8/10-91

**Past Medical History:**

List previous surgeries and hospitalizations:
1) L4 L5 disc fusion - Dr Billings charles. Date 1984
2) CABG + PTCA Date
3) Nasal septoplasty Date
4) Tonsils Date

**Special Diet:**

**Social History:** Occupation: st charles **Marital Status:** M
His wife, Phyllis L., is also my new patient

Personal History: Do you now or in the past?
Y / N Smoke cigars for a while (minimal) Y / N Exercise walks, cart tilt
Y / N Drink Alcohol occas. Y / N ~~Use Recreational (Street) Drugs~~

PHYSICIAN SIGNATURE: Confidential, Subject to Protective Order

DATE:

JB000010jgl

**ADULT - COMPLETE HISTORY - PAGE 2 of 3**

**Patient Name:** ______________________ **DOB:** __________

**PLEASE CIRCLE ANY CONDITIONS YOU NOW HAVE OR HAD IN THE PAST:**

**Heart:** Heart Disease ____ Palpitations ____ High Blood Pressure ____ Swelling/Fluid Retention of Legs/Feet ____ Chest Pain ____ Murmur ____ Increased Cholesterol ____

**Lungs:** Asthma ____ Sleep Apnea ____ Pneumonia ____ Chronic Bronchitis ____ Cough Up Blood ____ Breathing Problems ____ Emphysema ____ Chronic Cough ____ Tuberculosis ____

**Kidney/Prostate/Bladder:** Kidney Disease ____ Kidney Failure ____ Blood in Urine ____ Frequent Bladder Infection/Disease ____ Change/Problem with Urination ; 0-2 nocturia Prostate Trouble ____ Kidney Stones ____ Last Prostate Exam/Screening ____

**GI:** Liver Disease/Hepatitis ____ Peptic Ulcers ____ Recurrent Abdominal Pain ____ Intestinal Disease/Disorders ____ Change in Bowel Habits ____ Gallbladder Problems ____ Black Stools ____ Pancreatitis ____ Hemorrhoids/Rectal Problems ____ Heartburn/Gas ____ Nausea/Vomiting ____ Constipation/Diarrhea ____ Blood in Stools ____ → 3 days ō, ED ē mom

**Thyroid:** Thyroid Problem ____ Goiter/Swelling in Neck ____

**Diabetes:** ____ Insulin: ____ concerned this may be early

**Neurological:** Stroke ____ Paralysis c/o tremor (R) hand → + so concerned this may be early parkinson's Dx. Lightheadedness/Dizziness x ~ 6 mo Numbness/Tingling ____ Migraines/Severe Headaches ____ Epilepsy/Seizures ____ Frequent/Unusual Fainting ____

**Muscular/Joints/Bones:** Arthritis 1 1/2 yrs of limited Gout ____ Back Trouble neck leftward Muscle Cramps/Weakness rotation 2° to stiffness Fractures Fx (R) hip Joint Problems ____ Lupus ____

**Eyes / Ears / Nose / Throat:** Hay Fever daily clear rhinorrhea Frequent Sore Throats flonase helped Frequent Nose Bleeds ____ Hearing Impaired ____ Chronic Hoarseness ____ Difficulty Swallowing ____ Vision Impaired/Changed ____ Glaucoma ____ Pain in Eyes ____

Confidential, Subject to Protective Order

**PHYSICIAN SIGNATURE:** ____

**DATE:** ____

JB000011jgl

**ADULT - COMPLETE HISTORY - PAGE 3 of 3**

**Patient Name:** ______ **DOB:** ______

**Blood Vessels:** Varicose Veins ______ Blood Clots ______

Calf Pain with Walking ______

**Blood Disorders:** Bleeding Tendency ______ Blood Transfusions ______ Abnormal Bruising ______

Anemia ______ Abnormal Bleeding ______ Enlarged Glands in Neck/Groin ______

**Skin Disorders:** Hives/Rashes sees Koretaly. Change of Moles/New Skin Lesions ______

Skin Cancer ______ Change of Hair/Nails ______

**Psychiatric:** Psychiatric Problems ∅ Stress/Anxiety ∅ sleep = √ cont =

Depression/Melancholy ∅ Suicidal Thoughts ______

**Gynecology:** Irregular Periods ______ Cramps/Clotting/Flooding ______ Frequent Yeast Infections ______ Vaginal Discharge or Itch ______

Breast Tenderness ______ Date of Last Mammogram ______ Date of Last Menstrual Period ______ Date of Last Gyn Exam ______

**Sexual Diseases:** HIV/AIDS ______ Syphilis ______

Gonorrhea ______ Herpes ______

**General:** Weight Loss/Gain ∅ Food Allergies/Reaction ______ Unusual Change in Appetite ______ Unusual Increase in Thirst ______

Drug Dependency ______ Alcohol Dependency ∅ Unusual Sweats/Chills/Fever ______

Date of Last Flexible Sigmoidoscopy (lighted tube into rectum) ______

List vaccinations you have had: ______

**FAMILY HISTORY:** **PLEASE CIRCLE ANY THAT APPLY TO YOUR BLOOD RELATIVES:**

Cancer ∅

Diabetes ∅

High Blood Pressure mom

Glaucoma ______

Alcohol/Drug Dependency thyroid = ∅

HIV/Aids cysts = ∅

Stroke ∅

Heart Disease dad ↓ 75 y/o MI

Kidney Disease ______

Arthritis ______

Asthma ______

**FOR PHYSICIAN USE ONLY: ADDITIONAL COMMENTS**

______

**PHYSICIAN SIGNATURE:** ______

**DATE:** ______

Confidential, Subject to Protective Order

**AUDUBON INTERNAL MEDICINE**
**ADULT PROGRESS NOTES**

Date: 10/3/01 Reviewed Chart ☐ Yes ☐ No

Patient Name: Joseph Landrieu Jr Age: 73 Allergies: Ø

HT: WT: 202 1/2 Pulse: Resp: Temp: BP: 110/70

Medications:

Confidential, Subject to Protective Order JB000014jgl

Reason for Visit: "PCP"

History & Exam: Here c̄ his wife, Phyllis Landrieu, also establishing me as her PCP today. Former PCP, Dr. David Meyers = Mercy only & they want Baptist as their main hospital.
brings extensive records from Dr. David Meyers' office, reviewed here & included on this report.

**Review of Systems: (Circle if problem; check line if reviewed.)**

____ **GEN**: WT CHG-SWEATS-FEVER-CHILLS-WEAK-FATIGUE
____ **HEENT**: VIS-HEAR-SINUS-RHINITIS
____ **NEURO**: DIZZY-HA-SYNC-PARES
____ **RESP**: SOB-COUGH-WHEEZE-HEMOP
____ **CV**: CP-DOE-PND-ORTHO-EDEMA-PALP
____ **PSYC**: DEPRESS-STRESS-ANXIETY-ANOREXIA-INSOMNIA

**SKIN**: RASH-ITCH-LESIONS-BRUISE-LUMPS
____ **GI**: ABD PAIN-N-V-D-C-GERD-↑ APP-BOWEL CHG-HEME
____ **GU**: DYS-FREQ-HESIT-NOCT-FLANK PAIN-HEME-INCONT-VD
____ **GYN**: D/C-PAIN-PREG-LST EXAM: ____ LMP:
____ **MS**: ARTH-INJURY-JT SWELL
____ **ENDO**: △ IN WEIGHT-COLD INTOLERANCE-WT. LOSS-WT. GAIN-SWEATING-FX BONES-KIDNEY STONES (wants to lose this now)

____ S.H.: CIGS-ETOH-WORK-DRUGS-SEXUAL CHG F.M.H:

P.E.
ENT
NECK
LUNGS
HT.

ABD. (4) Tylenol 1st line
G.U. Neurology referral for #3 when (he didn't want samples). 4 samples.
EXT. (X) Nasacort AQ as directed → SED rate, CPK,
NEURO (5) Actual # 311771
SKIN

(1) chronic neck stiffness recurrent (B) hip pain
(2) overdue prostate CA + colon CA screening

Impression:
(0) AAA → ✓ US?
(A) All through
(3) (R) hand tremor - ? etiology
(4) CAD s/p (recent told stuff)
(8) ↑ chol - target LDL <100.
(6) HTN - good control.

Plan:
(1) Cervical X-ray series + (B) hips → PRN
(1) Fasting lipids, CMP, TSH, CBC,
(2) Stool occult x3 → PRN → colonoscopy endoscopy next visit (he is very hesitant to have this).
(3) MVI c̄ E
(4) FSM's records →
(5) ~~[illegible]~~

Return visit in 2 D/W/(M)/Y DSE + PSA then PHYSICIAN SIGNATURE: mn

REORDER # 01-01526

LANDRIEU, JOSEPH G. HOSP# 1741396 - 117490
ADMITTED: 2-15-90 DISCHARGED: 2-19-90

HOSPITAL COURSE: Joseph Landrieu is a very pleasant 62-year-old patient of Dr. Wayne Owens admitted to Jo Ellen Smith Hospital with the diagnosis of crescendo angina. On the day following his admission he underwent cardiac catheterization. He was found to have significant two-vessel disease with a critical series of lesions in his right coronary artery demonstrated by two 95% stenoses in the mid tubular portion of the dominant right. There was an eccentric 70% lesion in the proximal left and a 30% lesion in the proximal circumflex. Based on these findings he was advised to have immediate angioplasty and within several hours of his angiogram underwent successful PTCA of the two right coronary artery lesions. He was noted to have significant improvement in the initial caliber of the vessel reducing the tandem lesions from 95% and 99% to approximately 50%, respectively. There were small intimal dissections in each area of dilatation but no postoperative complications. He has been observed for 48 hours subsequent to the angioplasty and now, in our opinion, has been free of symptoms and ready for discharge from the hospital. Follow-up will be as detailed below.

During his hospital stay there was no evidence of myocardial infarction whatsoever.

PERTINENT LABORATORY DATA: PTT on 2-18 before sheaths were pulled was 34.6. Urinalysis was within normal limits. CPK isoenzymes were unremarkable. Lipid profile showed a total cholesterol of 247 with a triglyceride of 151, HDL of 36, LDL of 181. Hemoglobin was 13.9, hematocrit 40.8, white count 9400. Sodium was 1.2, glucose 105. Chest x-ray showed uncoiling of the thracic aorta. EKG showed sinus rhythm, normal axis, minor nonspecific ST-T wave changes.

PRINCIPAL DIAGNOSES:
1. CRESCENDO ANGINA
2. CORONARY ARTERY DISEASE
3. HYPERCHOLESTEROLEMIA

PRINCIPAL PROCEDURE:
1. PTCA OF TWO LESIONS IN THE RIGHT CORONARY ARTERY

SECONDARY PROCEDURE:
2. LEFT HEART CATHETERIZATION WITH LEFT VENTRICULOGRAPHY, AORTOGRAPHY AND CORONARY ANGIOGRAPHY

DISCUSSION: This is a very pleasant gentleman discharged today from the hospital after successful PTCA some 48 hours ago. He has had no postoperative complications and will be sent home on Ecotrin, 5 grains a day;

Confidential, Subject to Protective Order

LANDRIEU, JOSEPH G.
ADMITTED: 2-15-90

HOSP# 1741396 - 117490
DISCHARGED: 2-19-90

(CONTINUED FROM PAGE 1)

Cardizem, 60 mg, p.o. t.i.d.; and a Type I low-cholesterol diet. He was also given a prescription for prn Nitroglycerin. We have instructed him to see his attending physician, Dr. Owens, in one week for further follow-up of his serum cholesterol problem. I would make every effort to get his LDL below 130 and will defer to Dr. Owens when this is achieved. Will see him back in two weeks in our office as an outpatient for an outpatient stress test to follow him post angioplasty.

GUY B. MIOTON, M.D.

GBM:scf/1
D&T 2-19-90

CC: Dr. Owens

JSMC000022jgl



Confidential, Subject to Protective Order

9/01/90 JO ELLEN SMITH MED CENTER ADMISSION
08:56:05 4444 GENER MEYER AVEN NEW ORLEANS LA 70131 RECORD-C1

PATIENT NAME: LANDRIEU, JOSEPH G
PATIENT NUMBER: 1873694
ADMITTING PHYSICIAN: FALTERMAN C MD
ADMITTING DATE/TIME: 9/01/90 08:55
ADMITTING DIAGNOSIS:
ADMIT DIAGNOSIS DESCRIPTION:
R/O MYOCARDIAL INFARCTION

MEDICAL RECORD NO: 117490
FILING MR#: 117490
DISCHARGE DATE/TIME: 9-14-90
DATE OF BIRTH: [redacted]/27 62 Y
PLACE OF BIRTH:

786.50

PRINCIPAL DIAGNOSIS: | DRG # 106 | CODE NO.

Coronary Artery Disease | 414.0

ADDITIONAL DIAGNOSIS-COMORBID CONDITIONS/COMPLICATIONS: | 411.1

Unstable Angina | 401.9
998.8
311

Confidential, Subject to Protective Order

9-5 36.13
39.61

PRINCIPAL PROCEDURE: Two vessel Bypass Surgery
left heart catheterization with left 9-4 37.22
88.56
ADDITIONAL PROCEDURES: ventriculography Aortography 88.53
+ coronary Angiography

JSMC000139jgl

DISCHARGE DISPOSITION:

| ALIVE | EXPIRED | TRANSFERRED TO | |
|---|---|---|---|
| __ WITH APPROVAL | __ UNDER 48 HRS. | __ OTHER HOSP. | __ HOME HEALTH |
| __ AGAINST ADVICE | __ OVER 48 HRS. | __ SNF/ECF | __ PSYCHIATRIC |
| | __ WITH AUTOPSY | __ REHAB | |
| | __ NO AUTOPSY | __ OTHER INSTITUTIONS | |

CONSULTATION Dr Emerson 610 Dr Sellan, Dr Malloy

"I CERTIFY THAT THE NARRATIVE DESCRIPTIONS OF THE PRINCIPAL AND SECONDARY DIAGNOSES AND THE MAJOR PROCEDURES PERFORMED ARE ACCURATE AND COMPLETE TO THE BEST OF MY KNOWLEDGE."

9/19/90 [signature]

DATE SIGNATURE OF ATTENDING PHYSICIAN

COPY 1 CHART COPY 2 PHYSICIAN COPY 3 MEDICAL RECORDS

**Landrieu Public Relations, L.L.C.**

Consulting
Public Relations
Marketing

**TO:** Ms. Paddy Cash

**FAX TRANSMISSION FROM PHYLLIS LANDRIEU**

**DATE:** 1/3

**QUANTITY:** 2 pages including cover

**MESSAGE:** I hope you will agree to support us.
Thanks,
Phyllis

Please call 523-1193 or fax 523-7426 if there are any questions concerning this fax.

Thank you very much.

Landrieu Public Relations
2400 St. Charles Avenue
New Orleans, LA 70130
Phone: 504-523-1193 Fax 504-523-7426
Cell: 504-481-7098
E-mail: phyllis.landrieu@tenethealth.com

CONFIDENTIAL
Subject to Protective Order

**Phyllis Landrieu**

**From:** "Phyllis Landrieu" <plandrieu@cox.net>
**To:** "Danny Becnel" <dbecnel@becnellaw.com>
**Sent:** Tuesday, January 02, 2007 1:42 PM
**Subject:** Information

In a recent consultation with Joe's specialist, Dr. Patricia S. Cook, (APMC), she advised him that while Baycol does not cause Parkinson's, if a person is prone to have Parkinson's, even if it has not become apparent, Baycol does advance the symptoms. This is exactly what happened in Joe's case. He did not have any visable symptoms, but as soon as he began to take Baycol, the symptoms of Parkinson's rapidly advanced within months.
Dr. Cook can he contacted at 831-6760 or 457-2742. She is with the LSU Neurological Medicine Center at 110 Veterans Blvd., Su 105 in Metairie, Fax - 831-6964. Thanks

Phyllis Landrieu
Landrieu Public Relations
2400 St. Charles Avenue
New Orleans, LA 70130
Phone: 504-523-1193 Fax: 504-523-7426
Cell: 504-481-7098
E-mail: plandrieu@cox.net

Called Phyllis re above

1/15/07 Spoke c̄ wife about above, & that they may have misunderstood what I explained - Did not say that Baycol "advanced the symptoms" - That I told them that we know that when person presents c̄ Parkinson signs they have had their disease for years already. I speculated that the sy he had upon starting Baycol (muscle pain, weakness, & brown discoloration of urine) may have been manifestation of muscle inflammation or necrosis c̄ poss. myoglobinuria, & the underlying Parkinson became evident because the muscle strength was impaired, not that the Baycol "advanced the symptoms" & speech.

She understood -



CONFIDENTIAL
Subject to Protective Order

110 Veterans Memorial Boulevard
Suite 105
Metairie, Louisiana 70005
(at Orleans-Jefferson Parish Line)

(504) 831-6760
Fax (504) 831-6964

**Patricia S. Cook, M.D.**
(A Professional Corporation)

Century of the Brain

Neurological Medicine
And
Electrodiagnosis

701 Robley
Suite 120, Room G
Lafayette, LA 70503
All Correspondence Please Send to Metairie Address

(337) 356-6884

September 30, 2006

Rene A. Louapre III, M.D.
2633 Napoleon Avenue, Suite 400
New Orleans, LA 70115

RE: Joseph Landrieu
BD: [redacted]/1927

Dear Dr. Louapre,

On ~~02~~ 9/29/2006, I evaluated the above-named patient because his neurologist, Dr. Rusty Oser, is no longer in private practice but is now associated with Ochsner. The patient was accompanied to the office by his wife, although he was initially interviewed and examined separately.

Apparently, he started having Parkinsonian symptoms about five years ago. The wife noticed that he started to walk leaning forward and was very slow in movements. His arm swings were diminished, and it was after that the tremor began in his right upper extremity. She thinks it is related to his being on Baychol, because within a month of taking that, he was unable to get out of the chair and his legs were discolored from the knees down. It was around that time that his Parkinsonian symptoms began.

The patient relates that his handwriting has been deteriorating and it is totally illegible and very small in the past year. He also has difficulty with his speech at times, hesitates, and his voice volume has diminished considerably. When questioned about swallowing, he initially said he might have a little difficulty, but then stated that he has no difficulty swallowing food or liquids. He has urinary urgency but denies spontaneous incontinence but he does have frequency and gets up three times during the night.

He states that his balance is variable but he has not yet fallen. He tends to use a walker most of the time at home, but uses a cane when he is out with someone as like today.

He thinks that he has had a little memory difficulty in the past year or two but nothing major. His wife relates that sometimes he needs assistance to get dressed, but generally he manages to get himself dressed. He has difficulty buttoning his pants and at times putting his shoes on is a problem.

The patient relates that Dr. Oser had him on carbilevodopa 10/250 mg, presumably 25/100 mg t.i.d. and selegiline 5 mg b.i.d., but states that he himself upped the selegiline to t.i.d., taking the last dose in the evening. His other medications include Plavix, metoprolol, Zocor 80 mg, and Nifedipine.

The patient relates that as a teenager, age 14, he had typhus fever with a temperature of 106 degrees and had repeated convulsions. He states that he had been bitten by a flea from a rat. This was in a family grocery store where that happened. He would have repeated tremors but without loss of consciousness every year into his 20s, but was never treated for that. In 1990, he had a coronary artery bypass surgery and 20 years ago had a lumbar laminectomy. He had symptoms in the left lower extremity. Three to four years ago, he had a coronary artery stent. Earlier this year, he had a left nephrectomy for cancer and 25 radiation treatments at Touro. Apparently, the renal cancer was found incidentally when he was complaining of some low back discomfort and an x-ray was taken. In high school, he had a head injury playing touch football and had a fractured nose, skull, cheekbone, and was unconscious probably for several hours. There were no apparent sequelae.

The patient has a B.A. Degree in Accounting from Loyola and also did some electrical engineering courses. He is a charter life underwriter for insurance and did a number of other professions including welding, building boats, and real estate. He has been retired for a few years. He has been married since 1954 and his wife in her early 70s is well as are the ten children ranging in age from 51 to around 40. The patient has never had any problem with alcohol and has never smoked. He may take two or three glasses of wine or beer in a week. His special interests have been playing tennis and hunting until his illness. He also served in the Marine Corps.

The mother died at 86 of old age and had hypertension. The father died at 72 with a heart attack, and he may have had a slight hand tremor. His only sibling, a brother, 76, is well. On the maternal side, and great grandmother and a great grand aunt died in their 90s. Most lived into their 60s and 70s, and on the paternal side, they lived into their 70s and 80s, and he does not know any specific illnesses and no one that he knows of ever had Parkinson's.

Examination revealed a well-developed, well-nourished, sthenic, tall, elderly white male in no distress, no abnormal trends. He has a somewhat cynical sense of humor or comments. He is oriented generally to year, gave the date as the end of August, but he knew the president and the governor with a cue of her first name, and the president before the current president. He knew what occurred on certain dates remote and recent. Blood pressure is 150/100 left arm sitting and weight was 197 pounds. The cranial nerves II through XII are intact except for mild masked facies, decreased voice volume, bilateral high frequency hearing loss maximum on the left, and positive glabella and snout reflexes. There is a rhythmical resting tremor in the right upper extremity and slight tremor in the left lower extremity, mainly in the foot when the leg is hanging in a dependent position. There is increased tone in all extremities, more so in the lowers. With active-resistive testing, the patient has weakness in dorsiflexion and plantar flexion of the left foot, especially in the toes; and there is decreased muscle bulk in the left lower extremity, especially in the gastrocnemius and peroneal muscle groups. There is moderate diminution in plantar flexion of all the toes on the left. The patient walks on a broad base, slumped forward in a simian posture, and has a tendency toward a festinating gait. Generally, he may hesitate on initiating movement and will take initially small steps. With push test, there is only trace postural instability. He is, however, unable to walk tandem. The deep tendon reflexes are 2+ in the uppers, hyperactive in the quads with slight preponderance on the right, and Achilles are 1+ bilaterally.

CONFIDENTIAL
Subject to Protective Order

This patient has grade III Parkinsonism, probably idiopathic Parkinson's disease rather than one of the Parkinson plus syndromes. In addition, he has some motor changes in the left lower extremity, most likely related to the remote lumbar radiculopathy.

He is on relatively small doses of carbilevodopa, and I am going to increase that to 25/100 mg q.i.d. However, I indicated to him that the maximum dose of selegiline is 5 mg b.i.d., and there are some potential side effects because it is a monoamine oxidase inhibitor if he takes more. He is to reduce that dose back to b.i.d. Because of his age and potential side effects of dopa antagonists, that is not being added. The selegiline should only be taken at breakfast and lunch and not later.

Because of some atypical features, particularly of his gait and what they describe, I am going to go ahead and get an MRI of the brain with and without contrast to be certain we are not having a Parkinson's syndrome associated with normal pressure hydrocephalus or some other treatable condition.

The patient and wife were advised that he should use a bedside commode and/or urinal during the night because he is at risk for falling getting up so frequently going to the bathroom, considering his gait disturbance. He is also only to use a walker with front wheels. He has been using the walker with four wheels at home and thinks that that is risky also.

When I have the results of the MRI, I will send that to you, and the patient will be calling in the next week or so to let me know how he is doing with the medication.

He did relate that one day he decided to discontinue both the levodopa and the selegiline and that it was a "disaster" that he could not move at all. That was about a month ago and he does realize that he has to take the medication.

Give me a call if you need to discuss this further or if you have any other information on him. It would be helpful if you had Rusty's evaluation so that I could compare that with his findings now.

Sincerely,

Patricia S. Cook, M.D.

Dictated but not read

CONFIDENTIAL
Subject to Protective Order

504-831-6964

**Landrieu Public Relations, L.L.C.**

Consulting
Public Relations
Marketing

**TO:** Mr. Cook

**FAX TRANSMISSION FROM PHYLLIS LANDRIEU**

**DATE:** 10/2

**QUANTITY:** 14 pages including cover

**MESSAGE:** Here are some of Joe's records. Let me know if you need more. I am so thankful Joe is finally in your hands. Thanks so much.

Love, Phyllis

Please call 523-1193 or fax 523-7426 if there are any questions concerning this fax.

Thank you very much.

10/6/06. Spoke to his wife abt generic Phenergan (promethazine) prescribed this year & med sheet that is a Rx he should not take cause it makes Parkinson worse [illegible] scheduled for MRI next Mon

Landrieu Public Relations
2400 St. Charles Avenue
New Orleans, LA 70130
Phone: 504-523-1193 Fax 504-523-7426
Cell: 504-481-7098
E-mail: phyllis.landrieu@tenethealth.com

CONFIDENTIAL
Subject to Protective Order

To Whom It May Concern: April 6, 2004

**Joseph Landrieu's Medical History Regarding Baycol**

On November 30, 2000 I was prescribed Baycol by Dr. David Meyers. I soon began to experience symptoms of weakness and physical tiredness that gradually increased over time. My legs became brown from the knees down, including my feet and my urine became brownish in color. I was depressed and listless, and generally was tired. My voice became weak. I had a strong body odor in spite of bathing daily and my breath was unpleasant. I also lost my sexual ability. I looked gray and aged. All of my symptoms became more noticeable as time passed. While my wife and I had the habit of walking a mile three or four times a week, I became weak and was unable to continue the walking. I was a hunter, but declined to hunt during this season thinking I would not be able to do so.

I did not specifically complain about my symptoms to my physician, thinking I was just aging. Members of my family were beginning to notice and comment on my rapid deterioration and became concerned. They did not tell me at the time, but they thought I was in the beginning stages of Alzheimer's Disease.

On May 13, 2001 I experienced a heart attack and was hospitalized in Mississippi. After the heart attack, I continued to see Dr. Meyers and take Baycol. On July 31, 2001 I saw a television report warning of the hazards of Baycol. Neither Dr. Meyer nor I were aware of the effects of Baycol until I called him to cancel the prescription. At this time the doctor was surprised to hear of the report and was still not aware of the negative effects of Baycol.

Shortly after that time period, I changed physicians to Dr. Joseph Brobrowski and Dr. Edward St. Martin, a cardiologist. Dr. St. Martin and Bobrowski continue to treat me.

During a routine visit on November 28, 2001 my wife reported my weakness to Dr. St. Martin. She said I was shuffling, walking with my head bent forward and was very weak. Dr. St. Martin diagnosed Parkinson's disease.

With medication, I have gradually recovered part of my strength but I remain somewhat weak. I am no longer to able walk any amount of distance. Occasionally, my feet and urine turn brown and I seem to have pain in my back in the area of my kidneys. My hand shakes and my voice remains weak and I am still occasionally depressed.

Baycol caused my heart attack and has left me with permanently damaged kidneys and muscles and physical weakness.

Thank you very much.

Joseph Landrieu

CONFIDENTIAL
Subject to Protective Order

Walgreens



Confidential Patient Information
Prescription Profile
06/26/2000 through 06/26/2002

Report date/time: 06/26/2002 08:52 AM

Patient Info: JOSEPH LANDRIEU
2400 ST. CHARLES AVE.
NEW ORLEANS, LA 70130
Patient Phone: (504)523-1193
Date of Birth: [redacted]/1927
Gender: M
Allergy Conditions:
Health Conditions: None on File

Store Info: 1801 ST CHARLES AVE
NEW ORLEANS, LA 70130
(504)561-8458

| Prescription Number | Medication | NDC | RPh | Prescriber | Insurance Plan | Date of Service | Quantity | Price |
|---|---|---|---|---|---|---|---|---|
| 0050267-05040 | BAYCOL 0.4MG TABLETS | 00026-2885-51 | HGE | MEYERS, D. | RXPAI | 01/08/01 | 30.000 | 22.00 |
| 0050267-05040 | BAYCOL 0.4MG TABLETS | 00026-2885-51 | RMC | MEYERS, D. | RXPAI | 02/16/01 | 30.000 | 22.00 |
| 0050267-05040 | BAYCOL 0.4MG TABLETS | 00026-2885-51 | LDL | MEYERS, D. | RXPAI | 03/29/01 | 30.000 | 22.00 |
| 0050267-05040 | BAYCOL 0.4MG TABLETS | 00026-2885-51 | RMC | MEYERS, D. | RXPAI | 04/30/01 | 30.000 | 22.00 |
| 0050267-05040 | BAYCOL 0.4MG TABLETS | 00026-2885-51 | LDL | MEYERS, D. | RXPAI | 12/04/00 | 30.000 | 27.42 |
| | | | | | Total Fillings: 5 | Subtotal: | 150.000 | 115.42 |
| 0069124-05040 | CELEBREX 200MG CAPSULES | 00025-1525-31 | PAH | MEYERS, D. | RXPAI | 03/13/01 | 30.000 | 22.00 |
| 0069124-05040 | CELEBREX 200MG CAPSULES | 00025-1525-31 | PAH | MEYERS, D. | RXPAI | 06/12/01 | 30.000 | 22.00 |
| | | | | | Total Fillings: 2 | Subtotal: | 60.000 | 44.00 |
| 0069125-05040 | CEPHALEXIN 500MG CAPSULES | 00093-3147-05 | PAH | MEYERS, D. | RXPAI | 03/13/01 | 20.000 | 10.00 |
| 0069125-05040 | CEPHALEXIN 500MG CAPSULES | 00093-3147-05 | LDL | MEYERS, D. | RXPAI | 07/02/01 | 20.000 | 10.00 |
| | | | | | Total Fillings: 2 | Subtotal: | 40.000 | 20.00 |
| 0074252-05040 | TIMOLOL 0.25% GF OPHTH SOLN 5ML | 61314-0224-05 | LDL | FRANKLIN, R. | RXPAI | 04/09/01 | 5.000 | 10.00 |
| | | | | | Total Fillings: 1 | Subtotal: | 5.000 | 10.00 |

WP000001jgl

Confidential, Subject to Protective Order

Walgreens



Report date/time: 06/26/2002 08:52 AM

Confidential Patient Information
Prescription Profile
06/26/2000 through 06/26/2002

Patient Info: JOSEPH LANDRIEU
2400 ST. CHARLES AVE.
NEW ORLEANS, LA 70130
Patient Phone: (504)523-1193
Date of Birth: [redacted]/1927
Gender: M

Store Info: 1801 ST CHARLES AVE
NEW ORLEANS, LA 70130
(504)561-8458

| Prescription Number | Medication | NDC | RPh | Prescriber | Insurance Plan | Date of Service | Quantity | Price |
|---|---|---|---|---|---|---|---|---|
| 0081494-05040 | PLAVIX 75MG TABLETS | 63653-1171-06 | LDL | HERMAN, M. | CASH | 05/17/01 | 14.000 | 52.59 |
| | | | | | Total Fillings: 1 | Subtotal: | 14.000 | 52.59 |
| 0081495-05040 | IMDUR ER 30MG TABLETS | 00085-3306-03 | LDL | HERMAN, M. | CASH | 05/17/01 | 30.000 | 58.99 |
| | | | | | Total Fillings: 1 | Subtotal: | 30.000 | 58.99 |
| 0084039-05040 | BAYCOL 0.4MG TABLETS | 00026-2885-86 | JPH | MEYERS, D. | RXPAI | 06/01/01 | 30.000 | 22.00 |
| 0084039-05040 | BAYCOL 0.4MG TABLETS | 00026-2885-86 | LDL | MEYERS, D. | RXPAI | 06/29/01 | 30.000 | 22.00 |
| 0084039-05040 | BAYCOL 0.4MG TABLETS | 00026-2885-86 | LDL | MEYERS, D. | RXPAI | 07/31/01 | 30.000 | 22.00 |
| | | | | | Total Fillings: 3 | Subtotal: | 90.000 | 66.00 |
| 0085272-05040 | PLAVIX 75MG TABLETS | 63653-1171-06 | RMC | ST MARTIN, B. | RXPAI | 06/07/01 | 30.000 | 22.00 |
| 0085272-05040 | PLAVIX 75MG TABLETS | 63653-1171-06 | LDL | ST MARTIN, B. | RXPAI | 07/05/01 | 30.000 | 22.00 |
| 0085272-05040 | PLAVIX 75MG TABLETS | 63653-1171-06 | JPH | ST MARTIN, B. | RXPAI | 08/04/01 | 30.000 | 22.00 |
| 0085272-05040 | PLAVIX 75MG TABLETS | 63653-1171-06 | PAH | ST MARTIN, B. | RXPAI | 09/04/01 | 30.000 | 22.00 |
| 0085272-05040 | PLAVIX 75MG TABLETS | 63653-1171-06 | RMC | ST MARTIN, B. | RXPAI | 10/01/01 | 30.000 | 22.00 |
| | | | | | Total Fillings: 5 | Subtotal: | 150.000 | 110.00 |
| 0086392-05040 | ISOSORBIDE MONONITRATE 30MG ER TABS | 00228-2713-11 | MGT | ST MARTIN, B. | RXPAI | 06/14/01 | 30.000 | 10.00 |

Confidential, Subject to Protective Order
WP000002jgl

Walgreens



Confidential Patient Information
Prescription Profile
06/26/2000 through 06/26/2002

Report date/time: 06/26/2002 08:52 AM

Patient Info: JOSEPH LANDRIEU
2400 ST. CHARLES AVE.
NEW ORLEANS, LA 70130
Patient Phone: (504)523-1193
Date of Birth: [redacted]/1927
Gender: M

Store Info: 1801 ST CHARLES AVE
NEW ORLEANS, LA 70130
(504)561-8458

| Prescription Number | Medication | NDC | RPh | Prescriber | Insurance Plan | Date of Service | Quantity | Price |
|---|---|---|---|---|---|---|---|---|
| 0086392-05040 | ISOSORBIDE MONONITRATE 30MG ER TABS | 00228-2713-11 | JLC | ST MARTIN, E. | RXPAI | 07/11/01 | 30.000 | 10.00 |
| 0086392-05040 | ISOSORBIDE MONONITRATE 30MG ER TABS | 00228-2713-11 | RMC | ST MARTIN, E. | RXPAI | 08/11/01 | 30.000 | 10.00 |
| 0086392-05040 | ISOSORBIDE MONONITRATE 30MG ER TABS | 00228-2713-11 | PAH | ST MARTIN, E. | RXPAI | 09/04/01 | 30.000 | 10.00 |
| 0086392-05040 | ISOSORBIDE MONONITRATE 30MG ER TABS | 00228-2713-11 | RMC | ST MARTIN, E. | RXPAI | 10/01/01 | 30.000 | 10.00 |
| | | | | | Total Fillings: 5 | Subtotal: | 150.000 | 50.00 |
| 0091067-05040 | TIMOLOL 0.5% GF OPTH SOLN 5ML | 61314-0225-05 | LDL | FRANKLIN, R. | RXPAI | 03/19/02 | 5.000 | 0.00 |
| 0091067-05040 | TIMOLOL 0.5% GF OPTH SOLN 5ML | 61314-0225-05 | TAC | FRANKLIN, R. | RXPAI | 03/19/02 | 10.000 | 10.00 |
| 0091067-05040 | TIMOLOL 0.5% GF OPTH SOLN 5ML | 61314-0225-05 | PAH | FRANKLIN, R. | RXPAI | 07/10/01 | 15.000 | 10.00 |
| | | | | | Total Fillings: 3 | Subtotal: | 30.000 | 20.00 |
| 0097042-05040 | LIPITOR 10MG TABLETS | 00071-0155-23 | LDL | MYERS, D. | RXPAI | 08/09/01 | 30.000 | 22.00 |
| 0097042-05040 | LIPITOR 10MG TABLETS | 00071-0155-23 | PAH | MYERS, D. | RXPAI | 09/04/01 | 30.000 | 22.00 |
| 0097042-05040 | LIPITOR 10MG TABLETS | 00071-0155-23 | RMC | MYERS, D. | RXPAI | 10/01/01 | 30.000 | 22.00 |
| | | | | | Total Fillings: 3 | Subtotal: | 90.000 | 66.00 |
| 0099362-05040 | NIFEDICAL XL 60MG TABLETS | 00093-5173-01 | RMC | MEYERS, D. | RXPAI | 08/21/01 | 30.000 | 10.00 |
| | | | | | Total Fillings: 1 | Subtotal: | 30.000 | 10.00 |

WP000003jgl

Confidential, Subject to Protective Order